# Exhibit A

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| Copyright Owner | Title | Broadcast Date | Station | U.S. Copyright Registration Number |
|---|---|---|---|---|
| American Broadcasting Companies, Inc. | 20/20 Airdate 02/02/2018 | 2/2/2018 | WABC-TV | PA 2-117-339 |
| American Broadcasting Companies, Inc. | 20/20 Airdate 02/09/2018 | 2/09/2018 | WABC-TV | PA 2-114-114 |
| American Broadcasting Companies, Inc. | 20/20 Special Edition "Lights, Camera, Romance: Inside the Movie Classics" Airdate 02/13/2018 | 2/13/2018 | WABC-TV | PA 2-110-786 |
| American Broadcasting Companies, Inc. | Rosanne: The Return - A Special Edition of 20/20 | 2/15/2018 | WABC-TV | PA 2-110-784 |
| American Broadcasting Companies, Inc. | 20/20 Airdate 02/16/2018 | 2/16/2018 | WABC-TV | PA 2-110-785 |
| American Broadcasting Companies, Inc. | 20/20 Airdate 03/02/2018 | 3/2/2018 | WABC-TV | PA 2-113-432 |
| American Broadcasting Companies, Inc. | 20/20 Airdate 03/09/2018 | 3/9/2018 | WABC-TV | PA 2-110-607 |
| American Broadcasting Companies, Inc. | 20/20 Airdate 03/30/2018 | 3/30/2018 | WABC-TV | PA 2-117-317 |
| American Broadcasting Companies, Inc. | 20/20 Airdate 04/06/2018 | 4/6/2018 | WABC-TV | PA 2-127-392 |
| American Broadcasting Companies, Inc. | General Hospital Episode 13988 Airdate 02/07/2018 | 2/7/2018 | WABC-TV | PA 2-114-118 |
| American Broadcasting Companies, Inc. | General Hospital Episode 13993 Airdate 02/14/2018 | 2/14/2018 | WABC-TV | PA 2-110-781 |
| American Broadcasting Companies, Inc. | General Hospital Episode 14008 Airdate 03/07/2018 | 3/7/2018 | WABC-TV | PA 2-110-531 |
| American Broadcasting Companies, Inc. | General Hospital Episode 14023 Airdate 03/28/2018 | 3/28/2018 | WABC-TV | PA 2-117-326 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| American Broadcasting Companies, Inc. | General Hospital Episode 14028 Airdate 04/04/2018 | 4/4/2018 | WABC-TV | PA 2-127-393 |
| American Broadcasting Companies, Inc. | General Hospital Episode 14033 Airdate 04/11/2018 | 4/11/2018 | WABC-TV | PA 2-116-664 |
| American Broadcasting Companies, Inc. | General Hospital Episode 14038 Airdate 04/18/2018 | 4/18/2018 | WABC-TV | PA 2-118-846 |
| American Broadcasting Companies, Inc. | General Hospital Episode 14043 Airdate 04/25/2018 | 4/25/2018 | WABC-TV | PA 2-118-845 |
| American Broadcasting Companies, Inc. | The View Airdate 02/21/2018 | 2/21/2018 | WABC-TV | PA 2-109-508 |
| American Broadcasting Companies, Inc. | The View Airdate 02/28/2018 | 2/28/2018 | WABC-TV | PA 2-113-368 |
| American Broadcasting Companies, Inc. | The View Airdate 03/07/2018 | 3/7/2018 | WABC-TV | PA 2-110-125 |
| Disney Enterprises, Inc. | American Housewife "Field Day" (217) | 2/28/2018 | WABC-TV | PA 2-111-175 |
| Disney Enterprises, Inc. | American Housewife "All Coupled Up" (216) | 3/7/2018 | WABC-TV | PA 2-110-082 |
| Disney Enterprises, Inc. | American Housewife "The Venue" (218) | 3/14/2018 | WABC-TV | PA 2-110-410 |
| Disney Enterprises, Inc. | black-ish "Unkept Woman" (412) | 2/6/2018 | WABC-TV | PA 2-116-353 |
| Disney Enterprises, Inc. | black-ish "Please Don't Feed the Animals" (407) | 2/17/2018 | WABC-TV | PA 2-080-931 |
| Disney Enterprises, Inc. | black-ish "Charity Case" (409) | 2/17/2018 | WABC-TV | PA 2-102-683 |
| Disney Enterprises, Inc. | black-ish "Mother Nature" (402) | 2/27/2018 | WABC-TV | PA 2-068-568 |
| Disney Enterprises, Inc. | black-ish "R-E-S-P-E-C-T" (416) | 3/13/2018 | WABC-TV | PA 2-110-407 |
| Disney Enterprises, Inc. | black-ish "White Breakfast" (415) | 3/13/2018 | WABC-TV | PA 2-111-917 |
| Disney Enterprises, Inc. | black-ish "Things Were Different Then" (417) | 3/20/2018 | WABC-TV | PA 2-112-183 |
| Disney Enterprises, Inc. | For the People "Pilot" (101) | 3/13/2018 | WABC-TV | PA 2-114-888 |
| Disney Enterprises, Inc. | Grey's Anatomy "Personal Jesus" (1410) | 1/25/2018 | WABC-TV | PA 2-101-233 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Disney Enterprises, Inc. | Grey's Anatomy "Harder, Better, Faster, Stronger" (1411) | 2/8/2018 | WABC-TV | PA 2-117-304 |
| Disney Enterprises, Inc. | Grey's Anatomy "You Really Got a Hold on Me" (1413) | 3/1/2018 | WABC-TV | PA 2-111-174 |
| Disney Enterprises, Inc. | Grey's Anatomy "Games People Play" (1414) | 3/8/2018 | WABC-TV | PA 2-110-078 |
| Disney Enterprises, Inc. | How to Get Away with Murder "Everything We Did Was for Nothing" (410) | 1/25/2018 | WABC-TV | PA 2-101-227 |
| Disney Enterprises, Inc. | How to Get Away with Murder "He's a Bad Father" (411) | 2/1/2018 | WABC-TV | PA 2-105-870 |
| Disney Enterprises, Inc. | How to Get Away with Murder "Ask Him About Stella" (412) | 2/8/2018 | WABC-TV | PA 2-114-121 |
| Disney Enterprises, Inc. | How to Get Away with Murder "Lahey v. Commonwealth of Pennsylvania" (413) | 3/1/2018 | WABC-TV | PA 2-111-170 |
| Disney Enterprises, Inc. | How to Get Away with Murder "The Day Before He Died" (414) | 3/8/2018 | WABC-TV | PA 2-109-694 |
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - Brunchsquatch Episode | 1/28/2018 | WNYW | PA 2-067-416 |
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - The Silence of the Louise Episode | 2/4/2018 | WNYW | PA 2-072-842 |
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - The Wolf of Wharf Street Episode | 2/11/2018 | WNYW | PA 2-080-112 |
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - Sit Me Baby One More Time Episode | 2/18/2018 | WNYW | PA 2-080-109 |
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - Thanks-hoarding Episode | 2/25/2018 | WNYW | PA 2-091-617 |
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - Y Tu Ga-Ga Tambien Episode | 3/11/2018 | WNYW | PA 2-106-163 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Twentieth Century Fox Film Corporation | Bob's Burgers Series - The Secret Ceramics Room of Secrets Episode | 3/18/2018 | WNYW | PA 2-106-760 |
| Twentieth Century Fox Film Corporation | The Simpsons Series - The Serfsons Episode | 1/28/2018 | WNYW | PA 2-080-100 |
| Twentieth Century Fox Film Corporation | The Simpsons Series - Springfield Splendor Episode | 2/4/2018 | WNYW | PA 2-080-103 |
| Twentieth Century Fox Film Corporation | The Simpsons Series – Whistler's Father Episode | 2/11/2018 | WNYW | PA 2-080-098 |
| Twentieth Century Fox Film Corporation | The Simpsons Series - Treehouse of Horror XXVIII Episode | 2/18/2018 | WNYW | PA 2-080-105 |
| Twentieth Century Fox Film Corporation | The Simpsons Series - Grampy Can Ya Hear Me Episode | 2/25/2018 | WNYW | PA 2-087-537 |
| Twentieth Century Fox Film Corporation | The Simpsons Series - The Old Blue Mayor She Aint What She Used to Be Episode | 3/4/2018 | WNYW | PA 2-091-988 |
| Twentieth Century Fox Film Corporation | The Simpsons Series - Homer is Where the Art Isn't Episode | 1/28/2018 | WNYW | PA 2-116-970 |
| Twentieth Century Fox Film Corporation | The X-Files Series – Ghouli Episode | 1/31/2018 | WNYW | PA 2-114-519 |
| Twentieth Century Fox Film Corporation | The X-Files Series – Kitten Episode | 2/7/2018 | WNYW | PA 2-114-621 |
| Twentieth Century Fox Film Corporation | The X-Files Series - My Struggle III Episode | 2/16/2018 | WNYW | PA 2-096-564 |
| Twentieth Century Fox Film Corporation | The X-Files Series – This Episode | 2/16/2018 | WNYW | PA 2-096-727 |
| Twentieth Century Fox Film Corporation | The X-Files Series - Rm9sbG93ZXJz Episode | 2/28/2018 | WNYW | PA 2-107-894 |
| Twentieth Century Fox Film Corporation | The X-Files Series – Familiar Episode | 3/7/2018 | WNYW | PA 2-106-040 |
| CBS Broadcasting Inc. | 48 Hours: February 3, 2018 (9:00pm-10:00pm) | 2/3/2018 | WCBS-TV | PA 2-103-762 |

4

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| CBS Broadcasting Inc. | 48 Hours: February 3, 2018 (10:00pm-11:00pm) | 2/3/2018 | WCBS-TV | PA 2-103-760 |
| CBS Broadcasting Inc. | 60 Minutes: February 4, 2018 | 2/4/2018 | WCBS-TV | PA 2-101-838 |
| CBS Broadcasting Inc. | 48 Hours: February 10, 2018 | 2/10/2018 | WCBS-TV | PA 2-103-759 |
| CBS Broadcasting Inc. | 48 Hours Presents: Rodney Alcala: The Killing Game - February 17, 2018 | 2/17/2018 | WCBS-TV | PA 2-107-490 |
| CBS Broadcasting Inc. | 60 Minutes: February 11, 2018 | 2/11/2018 | WCBS-TV | PA 2-104-119 |
| CBS Broadcasting Inc. | 60 Minutes: February 18, 2018 | 2/18/2018 | WCBS-TV | PA 2-106-323 |
| CBS Broadcasting Inc. | 48 Hours Presents: "The Family" (9:00pm-10:00pm) and "The Family…A Cult Revealed" (10:00pm-11:00pm): February 24, 2018 | 2/24/2018 | WCBS-TV | PA 2-105-336 |
| CBS Broadcasting Inc. | 60 Minutes: February 25, 2018 | 2/25/2018 | WCBS-TV | PA 2-104-704 |
| CBS Broadcasting Inc. | 48 Hours Live to Tell: "Afraid of the Dark": March 3, 2018 (9:00pm-10:00pm) | 3/3/2018 | WCBS-TV | PA 2-106-302 |
| CBS Broadcasting Inc. | 48 Hours: "The Good Girl": March 3, 2018 (10:00pm-11:00pm) | 3/3/2018 | WCBS-TV | PA 2-106-317 |
| CBS Broadcasting Inc. | 60 Minutes Presents: March 4, 2018 | 3/4/2018 | WCBS-TV | PA 2-106-341 |
| CBS Broadcasting Inc. | 48 Hours: March 10, 2018 | 3/10/2018 | WCBS-TV | PA 2-107-593 |
| CBS Broadcasting Inc. | 60 Minutes: March 11, 2018 | 3/11/2018 | WCBS-TV | PA 2-110-459 |
| CBS Broadcasting Inc. | 60 Minutes (A Special Edition 8:00pm-9:00pm): March 11, 2018 | 3/11/2018 | WCBS-TV | PA 2-110-038 |
| CBS Broadcasting Inc. | 60 Minutes: March 18, 2018 | 3/18/2018 | WCBS-TV | PA 2-110-477 |
| CBS Broadcasting Inc. | 48 Hours: March 24, 2018 | 3/24/2018 | WCBS-TV | PA 2-111-123 |
| CBS Broadcasting Inc. | 60 Minutes: March 25, 2018 | 3/25/2018 | WCBS-TV | PA 2-111-161 |
| CBS Broadcasting Inc. | 48 Hours: March 31, 2018 | 3/31/2018 | WCBS-TV | PA 2-111-140 |

5

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| CBS Broadcasting Inc. | 60 Minutes: April 1, 2018 | 4/1/2018 | WCBS-TV | PA 2-111-151 |
| CBS Studios Inc. | Hawaii Five-0 - Show # 815 He puko'a kani 'aina (A Coral Reef Strengthens Out Into Land) | 2/2/2018 | WCBS-TV | PA 2-113-706 |
| CBS Studios Inc. | Blue Bloods – Show # 814 "School of Hard Knocks" | 2/2/2018 | WCBS-TV | PA 2-108-725 |
| CBS Studios Inc. | Bull – Show # 119 "Dressed to Kill" | 2/3/2018 | WCBS-TV | PA 2-046-286 |
| CBS Studios Inc. | NCIS – Show # 337 "Burden of Proof" | 2/4/2018 | WCBS-TV | PA 2-096-313 |
| CBS Studios Inc. | NCIS: New Orleans – Show # 320 "NOLA Confidential" | 2/4/2018 | WCBS-TV | PA 2-047-612 |
| CBS Studios Inc. | NCIS: Los Angeles – Show # 901 Party Crashers | 2/4/2018 | WCBS-TV | PA 2-081-963 |
| CBS Studios Inc. | Scorpion – Show # 416 "Nerd, Wind and Fire" | 2/5/2018 | WCBS-TV | PA 2-105-632 |
| CBS Studios Inc. | NCIS – Show # 344 "Keep Your Friends Close" | 2/6/2018 | WCBS-TV | PA 2-112-953 |
| CBS Studios Inc. | Bull – Show # 214 "Keep Your Friends Close" | 2/6/2018 | WCBS-TV | PA 2-114-012 |
| CBS Studios Inc. | NCIS: New Orleans – Show #412 "A New Dawn" | 2/6/2018 | WCBS-TV | PA 2-112-961 |
| CBS Studios Inc. | Bull – Show # 117 "Name Game" | 2/9/2018 | WCBS-TV | PA 2-046-277 |
| CBS Studios Inc. | Hawaii Five-0 - Show # 707 "Ka Makuahine A Me Ke Keikikane (Mother and Son)" | 2/10/2018 | WCBS-TV | PA 2-015-585 |
| CBS Studios Inc. | SEAL Team – Show #101 "Tip of the Spear" | 2/10/2018 | WCBS-TV | PA 2-077-786 |
| CBS Studios Inc. | NCIS: Los Angeles – Show # 902 "Assets" | 2/10/2018 | WCBS-TV | PA 2-081-968 |
| CBS Studios Inc. | Man With A Plan – Show # 201 "The Silver Fox" | 2/12/2018 | WCBS-TV | PA 2-099-295 |
| CBS Studios Inc. | NCIS – Show # 334 Skeleton Crew | 2/13/2018 | WCBS-TV | PA 2-082-065 |
| CBS Studios Inc. | Bull – Show # 204 "The Illusion of Control" | 2/13/2018 | WCBS-TV | PA 2-079-799 |
| CBS Studios Inc. | NCIS: New Orleans – Show # 401 "Rogue Nation" | 2/13/2018 | WCBS-TV | PA 2-072-199 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| CBS Studios Inc. | Hawaii Five-0 - Show # 718 "E Malama Pono (Handle with Care)" | 2/16/2018 | WCBS-TV | PA 2-038-373 |
|---|---|---|---|---|
| CBS Studios Inc. | NCIS: New Orleans – Show # 323 "Down the Rabbit Hole" | 2/17/2018 | WCBS-TV | PA 2-047-616 |
| CBS Studios Inc. | Man With A Plan – Show # 208 "Adam's Turtle-y Awesome Valentine's Day" | 2/5/2018 | WCBS-TV | PA 2-113-636 |
| Fox Television Stations, LLC | Good Day New York | 8/14/19 | WNYW | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Fox Television Stations, LLC | Fox5 News at 5 | 8/14/19 | WNYW | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Fox Television Stations, LLC | Fox5 News at 10 | 8/14/19 | WNYW | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Fox Television Stations, LLC | Good Day New York | 8/21/19 | WNYW | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Fox Television Stations, LLC | Fox5 News at 5 | 8/21/19 | WNYW | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Fox Television Stations, LLC | Fox5 News at 10 | 8/21/19 | WNYW | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 102 | 1/11/2018 | WNYW | PA 2-096-699 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 103 | 1/18/2018 | WNYW | PA 2-096-701 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 105 | 2/1/2018 | WNYW | PA 2-115-130 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 106 | 2/8/2018 | WNYW | PA 2-115-105 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 201 | 6/7/2018 | WNYW | PA 2-126-477 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 202 | 6/14/2018 | WNYW | PA 2-144-622 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 203 | 6/21/2018 | WNYW | PA 2-144-624 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 204 | 6/28/2018 | WNYW | PA 2-134-736 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 205 | 7/5/2018 | WNYW | PA 2-134-109 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 206 | 7/12/2018 | WNYW | PA 2-134-110 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 207 | 7/19/2018 | WNYW | PA 2-125-211 |
| Fox Broadcasting Company, LLC | The Four: Battle for Stardom Series – Episode 208 | 7/26/2018 | WNYW | PA 2-125-214 |
| Fox Broadcasting Company, LLC | Rent | 1/27/2019 | WNYW | PA 2-174-429 |
| NBCUniversal Media, LLC | News 4 NY at 11 | 8/14/2019 | WNBC | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| NBCUniversal Media, LLC | News 4 NY at 11 | 8/21/2019 | WNBC | Advance notice pursuant to 17 U.S.C. § 411(c). *See* Exhibit B. |
| Universal Television LLC | Plastic – Law & Order: Special Victims Unit | 1/10/2019 | WNBC | PA 2-178-129 |
| Universal Television LLC | A Story of More Woe – Law & Order: Special Victims Unit | 1/31/2019 | WNBC | PA 2-178-178 |
| Universal Television LLC | Part 33 – Law & Order: Special Victims Unit | 2/7/2019 | WNBC | PA 2-176-314 |
| Universal Television LLC | Brother – Law & Order: Special Victims Unit | 2/14/2019 | WNBC | PA 2-178-184 |
| Universal Television LLC | Saturday Night Live - #1755 | 12/15/2018 | WNBC | PA 2-168-337 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Universal Television LLC | Saturday Night Live - #1756 | 1/19/2019 | WNBC | PA 2-168-336 |
| Universal Television LLC | Saturday Night Live - #1757 | 1/26/2019 | WNBC | PA 2-178-126 |
| Universal Television LLC | The Tonight Show Starring Jimmy Fallon - #0972 | 11/30/2018 | WNBC | PA 2-165-712 |
| Universal Television LLC | The Tonight Show Starring Jimmy Fallon - #0973 | 12/3/2018 | WNBC | PA 2-173-855 |
| Universal Television LLC | The Tonight Show Starring Jimmy Fallon - #0974 | 12/4/2018 | WNBC | PA 2-173-858 |
| Universal Television LLC | Pilot (New Amsterdam) | 9/25/2018 | WNBC | PA 2-160-381 |
| Universal Television LLC | Rituals (New Amsterdam) | 10/2/2018 | WNBC | PA 2-160-339 |
| Universal Television LLC | Every Last Minute (New Amsterdam) | 10/9/2018 | WNBC | PA 2-160-376 |
| Universal Television LLC | Boundaries (New Amsterdam) | 10/16/2018 | WNBC | PA 2-161-402 |
| Universal Television LLC | Cavitation (New Amsterdam) | 10/23/2018 | WNBC | PA 2-164-285 |
| Universal Television LLC | Back to School (Superstore) | 10/4/2018 | WNBC | PA 2-159-996 |
| Universal Television LLC | Baby Show (Superstore) | 11/11/2018 | WNBC | PA 2-160-319 |
| Universal Television LLC | Toxic Workplace (Superstore) | 10/18/2018 | WNBC | PA 2-161-392 |
| Universal Television LLC | Costume Competition (Superstore) | 10/25/2018 | WNBC | PA 2-160-321 |
| Universal Television LLC | Maternity Leave (Superstore) | 11/8/2018 | WNBC | PA 2-152-419 |
| Open 4 Business Productions, LLC | Inside These Walls – Chicago Fire | 1/9/2019 | WNBC | PA 2-177-823 |
| Open 4 Business Productions, LLC | You Choose – Chicago Fire | 1/16/2019 | WNBC | PA 2-177-821 |
| Open 4 Business Productions, LLC | Make This Right – Chicago Fire | 1/23/2019 | WNBC | PA 2-168-329 |
| Open 4 Business Productions, LLC | The Plunge – Chicago Fire | 2/6/2019 | WNBC | PA 2-176-310 |
| Open 4 Business Productions, LLC | It Wasn't About Hockey – Chicago Fire | 2/13/2019 | WNBC | PA 2-178-187 |
| Open 4 Business Productions, LLC | The Duels 2 – World of Dance | 8/1/2018 | WNBC | PA 2-146-735 |

*American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*
**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Open 4 Business Productions, LLC | The Duels 3 – World of Dance | 8/8/2018 | WNBC | PA 2-145-675 |
| Open 4 Business Productions, LLC | The Duels 4 – World of Dance | 8/15/2018 | WNBC | PA 2-145-671 |
| Open 4 Business Productions, LLC | The Cut 1 – World of Dance | 8/22/2018 | WNBC | PA 2-157-276 |
| Open 4 Business Productions, LLC | The Cut 2 – World of Dance | 8/29/2018 | WNBC | PA 2-157-274 |
| Open 4 Business Productions, LLC | Divisional Final – World of Dance | 9/5/2018 | WNBC | PA 2-144-615 |
| Open 4 Business Productions, LLC | World Final – World of Dance | 9/12/2018 | WNBC | PA 2-144-594 |
| Open 4 Business Productions, LLC | The Qualifiers 1 – World of Dance | 2/26/2019 | WNBC | PA 2-181-525 |
| Open 4 Business Productions, LLC | The Qualifiers 2 – World of Dance | 3/3/2019 | WNBC | PA 2-181-521 |
| Open 4 Business Productions, LLC | The Qualifiers 3 – World of Dance | 3/10/2019 | WNBC | PA 2-182-266 |
| Open 4 Business Productions, LLC | Meet Your Makers (Making it) | 7/31/2018 | WNBC | PA 2-149-567 |
| Open 4 Business Productions, LLC | Home Sweet Home (Making it) | 8/7/2018 | WNBC | PA 2-149-573 |
| Open 4 Business Productions, LLC | Party Time! (Making it) | 8/14/2018 | WNBC | PA 2-149-577 |
| Open 4 Business Productions, LLC | All The Holidays All At Once (Making it) | 8/21/2018 | WNBC | PA 2-149-582 |
| Open 4 Business Productions, LLC | Inside Out (Making it) | 8/28/2018 | WNBC | PA 2-149-584 |