# Exhibit B

**Daniel M. Kummer**
Senior Vice President, Litigation
Law Department

30 Rockefeller Plaza
Room 1221-28A18
New York, NY 10112-0002

+1 212 664 4017 Tel
+1 212 790 4722 Fax
daniel.kummer@nbcuni.com

# NBCUniversal

July 31, 2019

**VIA EMAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Sports Fans Coalition NY, Inc.
Suite 131
3075 Veterans Highway
Ronkonkoma, NY 11779
Attn: Mr. Brian Hess
Redacted

Mr. David R. Goodfriend
Redacted

cc:  R. David Hosp, Esquire
     Orrick, Herrington & Sutcliffe, LLP
     Suite 1850
     500 Boylston Street
     Boston, MA 02116
     dhosp@orrick.com

## ADVANCE NOTICE OF POTENTIAL INFRINGEMENT

On behalf of NBCUniversal Media, LLC ("Owner"), we submit this advance notice of potential infringement pursuant to Section 411(c) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22.

The Federal Communications Commission has licensed NBC Telemundo License LLC, an indirect wholly-owned subsidiary of Owner, to operate the television station identified by the call letters WNBC, the signal of which is broadcast to viewers over-the-air in the New York, New York market. WNBC will telecast the following programs:

| Program | Date | Time (E.D.T.) |
| --- | --- | --- |
| News 4 NY at 11 | August 14, 2019 | 11:00 p.m. – 11:30 p.m. |
| News 4 NY at 11 | August 21, 2019 | 11:00 p.m. – 11:30 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. Owner, the copyright claimant of these works, intends to secure a copyright in these telecasts upon their fixation and make copyright registration for each such telecast within three months of their first transmission.

Your streaming of these telecasts over the internet to users of Locast or any other service owned, controlled, or operated by you, would, if carried out, result in an infringement of the copyright in such telecasts. Owner objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims, and remedies available to Owner, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

Daniel M. Kummer
Senior Vice President, Litigation
NBCUniversal Media, LLC
Attorney for Owner



Fox Television Stations, LLC
1999 South Bundy Drive
Los Angeles, California 90025-5235
T 310 584 3341   F 310 584 3355
david.keneipp@foxtv.com

**David M. Keneipp**
Senior Vice President
Legal Affairs

July 31, 2019

<u>**VIA EMAIL AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED**</u>

Sports Fans Coalition NY, Inc.
Suite 131
3075 Veterans Highway
Ronkonkoma, NY 11779
Attn: Mr. Brian Hess
Redacted

Mr. David R. Goodfriend
Redacted

cc:   R. David Hosp, Esquire
      Orrick, Herrington & Sutcliffe, LLP
      Suite 1850
      500 Boylston Street
      Boston, MA 02116
      dhosp@orrick.com

<u>**ADVANCE NOTICE OF POTENTIAL INFRINGEMENT**</u>

On behalf of Fox Television Stations, LLC ("Fox"), we submit this advance notice of potential infringement pursuant to Section 411(c) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22.

The Federal Communications Commission has licensed Fox to operate the television station identified by the call letters WNYW, the signal of which is broadcast to viewers over-the-air in the New York, New York market. WNYW will telecast the following programs:

| Program | Date | Time (E.D.T) |
| --- | --- | --- |
| Good Day New York | August 14, 2019 | 7:00 a.m. – 9:00 a.m. |
| FOX5 News at 5 | August 14, 2019 | 5:00 p.m. – 6:00 p.m. |
| FOX5 News at 10 | August 14, 2019 | 10:00 p.m. – 11:00 p.m. |

| Program | Date | Time (E.D.T) |
|---|---|---|
| Good Day New York | August 21, 2019 | 7:00 a.m. – 9:00 a.m. |
| FOX5 News at 5 | August 21, 2019 | 5:00 p.m. – 6:00 p.m. |
| FOX5 News at 10 | August 21, 2019 | 10:00 p.m. – 11:00 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. Fox, the copyright claimant of these works, intends to secure a copyright in these telecasts upon their fixation and make copyright registration for each such telecast within three months of their first transmission.

Your streaming of these telecasts over the internet to users of Locast or any other service owned, controlled, or operated by you, would, if carried out, result in an infringement of the copyright in such telecasts. Fox objects to such activities, which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims, and remedies available to Fox, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

*David M. Keneipp*

David M. Keneipp