```
                                              ┌─────────────────────────────┐
                                              │ USDC-SDNY                   │
                                              │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC#:                       │
                                              │ DATE FILED: 8/7/19          │
                                              └─────────────────────────────┘
```

AMERICAN BROADCASTING
COMPANIES, INC., DISNEY
ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
CBS BROADCASTING INC., CBS
STUDIOS INC., FOX TELEVISIONS
STATIONS, LLC, FOX BROADCASTING
COMPANY, LLC, NBC UNIVERSAL                     No.  19-CV-7136 (RA)
MEDIA, LLC, UNIVERSAL TELEVISION
LLC and OPEN 4 BUSINESS                          ORDER AND NOTICE
PRODUCTIONS, LLC,                             OF INITIAL CONFERENCE

                        Plaintiffs,

                v.

DAVID R. GOODFRIEND and SPORTS
FANS COALITION NY, INC.,

                        Defendants.

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes.  It is hereby:

    ORDERED that counsel for all parties appear for an initial status conference on September

6, 2019 at 1:45 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New

York, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED that, by September 4, 2019, the parties submit a joint letter,

not to exceed five (5) pages, providing the following information in separate paragraphs:

    1.    A brief description of the nature of the action and the principal defenses
          thereto;

    2.    A brief description of all contemplated and/or outstanding motions;

    3.    A brief description of any discovery that has already taken place, and/or
          that which will be necessary; and

4.     Any other information that the parties believe may assist the Court in resolving the case, including, but not limited to, a description of any dispositive or novel issue raised by the case.

IT IS FURTHER ORDERED that, by September 4, 2019, the parties jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Abrams.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on August 1, 2018, and are available at nysd.uscourts.gov/ecf/ECF%20Rules%20080118%20Final.pdf.  Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

Plaintiffs are ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:     August 7, 2019
           New York, New York

Ronnie Abrams
United States District Judge

2