AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| American Broadcasting Companies, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-7136-RA |
| David R. Goodfriend, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.                                    .

Date:      08/12/2019

/s/ David Hosp
*Attorney's signature*

David Hosp (RH3344)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
500 Boylston Street, Suite 1850
Boston, Massachusetts 02116

*Address*

dhosp@orrick.com
*E-mail address*

(617) 880-1886
*Telephone number*

(617) 880-1801
*FAX number*