UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>        Defendants. | No. 19-CV-7136 (LLS) |

### DECLARATION OF SERVICE OF PROCESS

I, Thomas G. Hentoff, declare as follows:

1. I am counsel of record for the Plaintiffs in the above-captioned case. I am over eighteen years of age.

2. R. David Hosp, counsel for the Defendants, David R. Goodfriend and Sports Fans Coalition NY, Inc., agreed to accept service of process in this case. On August 10, 2019, I sent the following materials to Mr. Hosp by Federal Express for delivery on August 12, 2019: Complaint, Civil Cover Sheet, Request for Issuance of Summons as to David R. Goodfriend, Request for Issuance of Summons as to Sports Fans Coalition NY, Inc., Rule 7.1 Corporate Disclosure Statement, AO121 Copyright Form, Electronic Summons Issued as to David R. Goodfriend, Electronic Summons Issued as to Sports Fans Coalition NY, Inc., Individual Rules

& Practices in Civil Cases of Judge Ronnie Abrams (the judge to whom the case was at the time assigned), and Individual Rules & Practices of Magistrate Judge Stewart D. Aaron.  I sent the materials to Mr. Hosp at the following address: Orrick, Herrington & Sutcliffe LLP, 500 Boylston Street, Suite 1850, Boston, MMA 02116.  Federal Express reported that the package was delivered on August 12 as scheduled.

3. I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 13th day of August, 2019

_____
Thomas G. Hentoff