# EXHIBIT 4

*screenshot-www.facebook.com-2019.09.23-16_57_52*
*https://www.facebook.com/locastorg/?__tn__=%2Cd%2CP-R&eid=ARAbDnK2WUz-QoBO2pjDmC7cvWPfFNcWpib0sgWlXSs6WAMMl99HmqYqAvUnUtQEpBGJknwu6SG8vqih*
*23.09.2019*



*screenshot-www.facebook.com-2019.09.23-16_59_21*
*https://www.facebook.com/locastorg/?__tn__=%2Cd%2CP-R&eid=ARAbDnK2WUz-QoBO2pjDmC7cvWPfFNcWpib0sgWlXSs6WAMMl99HmqYqAvUnUtQEpBGJknwu6SG8vqih*
*23.09.2019*



*screenshot-www.facebook.com-2019.09.25-09_40_26*
*https://www.facebook.com/pg/locastorg/posts/*
*25.09.2019*

