UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | No. 19-CV-7136 (LLS) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COUNTERCLAIMS**

It is hereby stipulated and agreed by the attorneys for Plaintiffs/Counterclaim Defendants American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC (collectively, "Plaintiffs/Counterclaim Defendants") and Defendants/Counterclaim Plaintiffs  David R. Goodfriend and Sports Fans Coalition NY, Inc. (collectively, "Defendants/Counterclaim Plaintiffs") that Plaintiffs/Counterclaim Defendants be granted an eleven-day extension of time up to and including October 28, 2019 to respond to Defendants/Counterclaim Plaintiffs' Counterclaims.

The original due date for the response is October 17, 2019.  The request for an extension is made by the Plaintiffs/Counterclaim Defendants to give them sufficient time to respond to the six antitrust, unfair competition, and tortious interference claims set forth in the Counterclaims' 188 paragraphs.  This is the first request for an extension of time.

The parties respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: October 9, 2019

/s/ R. David Hosp
R. David Hosp
Elizabeth E. Brenckman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (617) 880-1886
      (212) 506-3535
dhosp@orrick.com
ebrenckman@orrick.com

Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1896
      (617) 880-1919
mpuzella@orrick.com
sgarko@orrick.com

Alexander P. Okuliar (*pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 2005-1706
Tel: (202) 339-8431
aokuliar@orrick.com

*Attorneys for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*

/s/ Thomas G. Hentoff
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com

*Attorneys for All Plaintiffs/Counterclaim Defendants*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: (202) 389-5000
paul.clement@kirkland.com
erin.murphy@kirkland.com

SO ORDERED on this ____ day of October, 2019:

*Attorneys for Plaintiffs Fox Television Stations, LLC and Fox Broadcasting Company, LLC*

_____
The Honorable Louis L. Stanton
United States District Judge