**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>       Defendants. | No. 19-CV-7136 (LLS)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF PLAINTIFFS'/COUNTERCLAIM DEFENDANTS'
MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiffs/Counterclaim Defendants American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC, by and through the undersigned counsel, will move this Court, before the Honorable Louis L. Stanton, United States District Judge, in Courtroom 21C at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on such day and at such time designated by the Court, for an Order dismissing the Counterclaims filed by

Defendants/Counterclaim Plaintiffs David Goodfriend and Sports Fans Coalition NY, Inc. pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  October 28, 2019           Respectfully submitted,

/s/ Gerson A. Zweifach

Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000
Fax: (202) 434-5029
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com

*Attorneys for All Plaintiffs/Counterclaim Defendants*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)

KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: (202) 389-5000
Fax: (202) 389-5200
paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for Plaintiffs/Counterclaim Defendants Fox Television Stations, LLC and Fox Broadcasting Company, LLC*