UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>          Plaintiffs and<br>          Counterclaim-Defendants,<br><br>     v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>          Defendants and<br>          Counterclaim-Plaintiffs. | Case No. 19-cv-7136-LLS |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFFS/COUNTERCLAIM-DEFENDANTS'
<u>MOTION TO DISMISS</u>**

It is hereby stipulated and agreed by the attorneys for Plaintiffs/Counterclaim-Defendants American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC (collectively, "Plaintiffs/Counterclaim-Defendants") and Defendants/Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc. (collectively, "Defendants/Counterclaim-Plaintiffs") that Defendants/Counterclaim-Plaintiffs be

granted a fourteen day extension of time up to and including November 26, 2019, to file an opposition to the motion to dismiss filed by Plaintiffs/Counterclaim-Defendants on October 28, 2019 (Dkt. No. 37).

The original due date for the opposition is November 12, 2019.  The request for an extension is made by Defendants/Counterclaim-Plaintiffs to give them sufficient time to respond to the arguments in Plaintiffs/Counterclaim-Defendants' motion to dismiss.  This is the first request for an extension of time.

The parties respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: November 8, 2019

| | |
|---|---|
| */s/ R. David Hosp* | */s/ Joseph M. Terry* |
| R. David Hosp | Gerson A. Zweifach |
| Elizabeth E. Brenckman | Thomas G. Hentoff (*pro hac vice*) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Joseph M. Terry (*pro hac vice*) |
| 51 West 52nd Street | WILLIAMS & CONNOLLY LLP |
| New York, NY 10019 | 725 Twelfth Street, N.W. |
| Tel: (617) 880-1886 | Washington, DC. 20005 |
| (212) 506-3535 | Tel: (202) 434-5000 |
| dhosp@orrick.com | gzweifach@wc.com |
| ebrenckman@orrick.com | thentoff@wc.com |
| | jterry@wc.com |
| Mark S. Puzella (*pro hac vice*) | |
| Sheryl Koval Garko (*pro hac vice*) | Paul D. Clement (*pro hac vice*) |
| 222 Berkeley Street, Suite 2000 | Erin E. Murphy (*pro hac vice*) |
| Boston, MA 02116 | KIRKLAND & ELLIS LLP |
| Tel: (617) 880-1896 | 1301 Pennsylvania Avenue, NW |
| (617) 880-1919 | Washington, DC 20004 |
| mpuzella@orrick.com | Tel: (202) 389-5000 |
| sgarko@orrick.com | paul.clement@kirkland.com |
| | erin.murphy@kirkland.com |
| Alexander P. Okuliar (*pro hac vice*) | |
| 1152 15th Street, N.W. | *Attorneys for All Plaintiffs and Counterclaim-Defendants* |
| Washington, D.C. 2005-1706 | |
| Tel: (202) 339-8431 | |
| aokuliar@orrick.com | |

*Attorneys for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*


SO ORDERED on this \_\_\_\_ day of November, 2019:


_____
The Honorable Louis L. Stanton
United States District Judge