ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN BROADCASTING
COMPANIES, INC., DISNEY
ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
CBS BROADCASTING INC., CBS
STUDIOS INC., FOX TELEVISION
STATIONS, LLC, FOX BROADCASTING
COMPANY, LLC, NBCUNIVERSAL
MEDIA, LLC, UNIVERSAL TELEVISION
LLC, and OPEN 4 BUSINESS
PRODUCTIONS, LLC,

        Plaintiffs and
        Counterclaim-Defendants,

v.

DAVID R. GOODFRIEND and SPORTS
FANS COALITION NY, INC.,

        Defendants and
        Counterclaim-Plaintiffs.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/19

Case No. 19-cv-7136-LLS

### STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS/COUNTERCLAIM-DEFENDANTS' MOTION TO DISMISS

It is hereby stipulated and agreed by the attorneys for Plaintiffs/Counterclaim-Defendants American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC (collectively, "Plaintiffs/Counterclaim-Defendants") and Defendants/Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc. (collectively, "Defendants/Counterclaim-Plaintiffs") that Defendants/Counterclaim-Plaintiffs be

granted a fourteen-day extension of time up to and including December 10, 2019, to file an opposition to the motion to dismiss filed by Plaintiffs/Counterclaim-Defendants on October 28, 2019 (Dkt. No. 37).

The current due date for the opposition is November 26, 2019. The request for an extension is made by Defendants/Counterclaim-Plaintiffs to give them sufficient time to respond to the arguments in Plaintiffs/Counterclaim-Defendants' motion to dismiss, in light of discussions between the parties concerning the case schedule that have been ongoing since the initial status conference before the Court on November 1, 2019. This is the second request for an extension of time. The court previously granted a fourteen-day extension of time on November 12, 2019, extending the original due date for the opposition from November 12, 2019 to November 26, 2019 (Dkt. No. 45).

The parties respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: November 22, 2019

/s/ R. David Hosp
R. David Hosp
Elizabeth E. Brenckman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (617) 880-1886
     (212) 506-3535
dhosp@orrick.com
ebrenckman@orrick.com

Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1896
     (617) 880-1919
mpuzella@orrick.com
sgarko@orrick.com

/s/ Gerson A. Zweifach
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC. 20005
Tel: (202) 434-5000
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5000

paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for All Plaintiffs and Counterclaim Defendants*

Alexander P. Okuliar (*pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 2005-1706
Tel: (202) 339-8431
aokuliar@orrick.com

*Attorneys for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*

SO ORDERED on this 22d day of November, 2019:

_Louis L. Stanton_
The Honorable Louis L. Stanton
United States District Judge