**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, | No. 19-CV-7136 (LLS) |

Plaintiffs,

    v.

DAVID R. GOODFRIEND and SPORTS
FANS COALITION NY, INC.,

       Defendants.

## MOTION FOR WITHDRAWAL
## OF ATTORNEY GREY B. CALLAHAM

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the

Southern District of New York, Williams & Connolly LLP, attorneys of record for

Plaintiffs/Counterclaim Defendants American Broadcasting Companies, Inc., Disney

Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios

Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media,

LLC, Universal Television LLC, and Open 4 Business Productions, LLC

("Plaintiffs/Counterclaim Defendants") in the above-captioned action, move to withdraw Grey B.

Callaham as an attorney of record for Plaintiffs/Counterclaim Defendants.

Withdrawal is sought due to Ms. Callaham's departure from employment at Williams &

Connolly LLP. Plaintiffs/Counterclaim Defendants continue to be represented by all other

Williams & Connolly LLP attorneys of record identified on the CM/ECF docket. A declaration in support of this motion is attached.

For satisfactory reasons shown, Williams & Connolly LLP respectfully requests a Court order granting the withdrawal of Grey B. Callaham as attorney of record in this matter.

Dated: December 11, 2019          Respectfully submitted,

/s/ Gerson A. Zweifach

Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
Jonathan S. Sidhu (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000
Fax: (202) 434-5029
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com
jsidhu@wc.com

*Attorneys for All Plaintiffs/Counterclaim Defendants*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)

KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004

Tel: (202) 389-5000
Fax: (202) 389-5200
paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for Plaintiffs/Counterclaim Defendants*
*Fox Television Stations, LLC and Fox*
*Broadcasting Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.


/s/ Grey B. Callaham
Grey B. Callaham