**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, |

No. 19-CV-7136 (LLS)

Plaintiffs,

v.

DAVID R. GOODFRIEND and SPORTS
FANS COALITION NY, INC.,

Defendants.

## DECLARATION OF GREY B. CALLAHAM

I, Grey B. Callaham, submit this declaration pursuant to Local Rule 1.4 in support of the accompanying Motion for Withdrawal of Grey B. Callaham as counsel of record for Plaintiffs/Counterclaim Defendants American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC.

1.     I am an attorney licensed to practice law in Maryland and the District of Columbia. I am admitted to practice in this Court for this matter *pro hac vice*. I am an attorney in the law firm Williams & Connolly LLP and counsel of record for Plaintiffs/Counterclaim Defendants.

2.       Due to my departure from Williams & Connolly LLP, I am no longer able to represent Plaintiffs.

3.       Plaintiffs continue to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket.  Accordingly, my withdrawal from these cases will not cause any delay or prejudice.

4.       I am not asserting a retaining or charging lien of any kind.


I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on December 11, 2019.


Grey B. Callaham

2