UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>Defendants. | Case No. 19-cv-7136-LLS |

**STIPULATION AND [PROPOSED] ORDER TO SUSPEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS**

The attorneys for Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC (collectively, "Plaintiffs") and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. (collectively, "Defendants") hereby jointly request that the Court suspend the deadline for Defendants to file the opposition to the Plaintiffs' motion to dismiss Defendants' counterclaims (Dkt. No. 49), currently set for December 24, 2019.

The parties will be submitting a new proposed scheduling order to the Court, reflecting a narrowing of the case pursuant to which Plaintiffs will be withdrawing the motion to dismiss as unnecessary.

The parties respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: December 23, 2019

| | |
|---|---|
| */s/ R. David Hosp* | */s/ Gerson A. Zweifach* |
| R. David Hosp | Gerson A. Zweifach |
| Elizabeth E. Brenckman | Thomas G. Hentoff (*pro hac vice*) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Joseph M. Terry (*pro hac vice*) |
| 51 West 52nd Street | WILLIAMS & CONNOLLY LLP |
| New York, NY 10019 | 725 Twelfth Street, N.W. |
| Tel: (617) 880-1886 | Washington, DC. 20005 |
| (212) 506-3535 | Tel: (202) 434-5000 |
| dhosp@orrick.com | gzweifach@wc.com |
| ebrenckman@orrick.com | thentoff@wc.com |
| | jterry@wc.com |
| Mark S. Puzella (*pro hac vice*) | |
| Sheryl Koval Garko (*pro hac vice*) | |
| 222 Berkeley Street, Suite 2000 | Paul D. Clement (*pro hac vice*) |
| Boston, MA 02116 | Erin E. Murphy (*pro hac vice*) |
| Tel: (617) 880-1896 | KIRKLAND & ELLIS LLP |
| (617) 880-1919 | 1301 Pennsylvania Avenue, NW |
| mpuzella@orrick.com | Washington, DC 20004 |
| sgarko@orrick.com | Tel: (202) 389-5000 |
| | paul.clement@kirkland.com |
| Alexander P. Okuliar (*pro hac vice*) | erin.murphy@kirkland.com |
| 1152 15th Street, N.W. | |
| Washington, D.C. 2005-1706 | *Attorneys for All Plaintiffs and Counterclaim Defendants* |
| Tel: (202) 339-8431 | |
| aokuliar@orrick.com | |

*Attorneys for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*

SO ORDERED on this \_\_\_\_ day of December, 2019:

_____
The Honorable Louis L. Stanton
United States District Judge