ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., <br><br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 1/6/20 <br><br> Case No. 19-cv-7136-LLS |

### STIPULATION AND [PROPOSED] ORDER TO SUSPEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS

The attorneys for Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC (collectively, "Plaintiffs") and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. (collectively, "Defendants") hereby jointly request that the Court suspend the deadline for Defendants to file the opposition to the Plaintiffs' motion to dismiss Defendants' counterclaims (Dkt. No. 49), currently set for December 24, 2019.

The parties will be submitting a new proposed scheduling order to the Court, reflecting a narrowing of the case pursuant to which Plaintiffs will be withdrawing the motion to dismiss as unnecessary.

The parties respectfully request that the Court enter the above Stipulation as the Order of the Court.

Dated: December 23, 2019

/s/ R. David Hosp
R. David Hosp
Elizabeth E. Brenckman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (617) 880-1886
    (212) 506-3535
dhosp@orrick.com
ebrenckman@orrick.com

Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1896
    (617) 880-1919
mpuzella@orrick.com
sgarko@orrick.com

Alexander P. Okuliar (*pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 2005-1706
Tel: (202) 339-8431
aokuliar@orrick.com

*Attorneys for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*

/s/ Gerson A. Zweifach
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC. 20005
Tel: (202) 434-5000
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5000
paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for All Plaintiffs and Counterclaim Defendants*

SO ORDERED on this __6th__ day of ~~December~~ January, 2020
~~2019~~:

_____Louis L. Stanton_____
The Honorable Louis L. Stanton
United States District Judge