LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

THOMAS G. HENTOFF
(202) 569-8441
FAX (202) 824-4190
THentoff@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

**MEMO ENDORSED**

January 17, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/20

**VIA ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.*,
>       No. 19-cv-7136-LLS

Dear Judge Stanton:

We represent the Plaintiffs in the above-referenced matter.[1] We write on behalf of all the parties in the case.[2] The parties jointly request that the Court schedule a continued Initial Scheduling Conference at which the parties will submit a proposed Schedule Order reflecting a narrowing of the case pursuant to the discussion at the November 1, 2019 Initial Scheduling Conference. It is our understanding that the Court is available for a conference on Friday, January 31 at 3:00 p.m. and the parties request a conference at that time or at the Court's next availability.

Counsel for the parties are available at the Court's convenience to answer any questions about this request.

*So Ordered*
*Louis L. Stanton*
*1/17/20*

Respectfully submitted,

/s/ Thomas G. Hentoff

Thomas G. Hentoff

cc: All counsel of record via ECF

---

[1] Plaintiffs are American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC.

[2] Defendants are David R. Goodfriend and Sports Fans Coalition NY, Inc. ("SFCNY").