UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.*<br><br>                    Plaintiffs,<br><br>        v.<br><br>DAVID R. GOODFRIEND, *et al.*,<br><br>                    Defendants. | Case No.  19-cv-7136-LLS<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Alex Okuliar, dated January 22, 2020, I hereby move this Court before the Honorable Louis L. Stanton, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. in the above-captioned action.

Dated: New York, New York
       January 23, 2020

Respectfully submitted,

*/s/ Alex Okuliar*
Alex Okuliar
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Tel. 202-339-8431
aokuliar@orrick.com

*Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.*