UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.*<br><br>                         Plaintiffs,<br><br>         v.<br><br>DAVID R. GOODFRIEND, *et al.*,<br><br>                         Defendants. | Case No.  19-cv-7136-LLS |

**DECLARATION OF ALEX OKULIAR**
**IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

I, Alex Okuliar, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick").  I submit this declaration in support of my motion to withdraw as counsel of record for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.

2. The reason for my withdrawal is that I am ending my employment with Orrick which continues to represent Defendants in this action.  Defendants will continue to be represented in this action by Elizabeth Brenckman, R. David Hosp, Mark Puzella and Sheryl Garko of Orrick.

3. I am not asserting a retaining or charging lien in connection with this action.

4. Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation of Defendants by Elizabeth Brenckman, R. David Hosp, Mark Puzella and Sheryl Garko of Orrick.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 23, 2020

By: */s/ Alex Okuliar*
Alex Okuliar