UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>            Defendants. | No. 19-cv-7136 |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**MODIFYING CASE SCHEDULING ORDER**

Plaintiffs, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants, David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020.  The Court also scheduled a status

conference for June 19, 2020 to assess the progress of the case and set the remaining case schedule.

The parties request a two-month extension of the deadlines set forth below because of the impact of the disruptions caused by the COVID-19 health crisis, including local government restrictions on out-of-home activities. Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule. The parties request that the Court retain the June 19, 2020 status conference (telephonic or in person, as the Court directs) to assess the case's progress. This is the first time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Status conference | Friday, June 19 | Unchanged |
| Fact discovery completed | Friday, June 19 | Friday, August 14 |
| Burden-of-proof expert reports | Friday, July 17 | Friday, September 11 |
| Rebuttal expert reports | Friday, August 14 | Friday, October 9 |
| Expert discovery completed | Friday, September 11 | Friday, November 6 |

| | |
|---|---|
| Dated: May 12, 2020 | Respectfully submitted, |

/s/ Elizabeth E. Brenckman
R. David Hosp
Elizabeth E. Brenckman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (617) 880-1886
     (212) 506-3535
dhosp@orrick.com
ebrenckman@orrick.com

Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1896
     (617) 880-1919
mpuzella@orrick.com
sgarko@orrick.com

Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
mitch@eff.org

*Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.*

/s/ Thomas G. Hentoff
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com

*Attorneys for All Plaintiffs/Counterclaim Defendants*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: (202) 389-5000
paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for Plaintiffs Fox Television Stations, LLC and Fox Broadcasting Company, LLC*

On this ____ day of May, 2020,

Approved By:

_____
The Honorable Louis L. Stanton
United States District Judge

3