**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| |　|
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>Defendants. | No. 19-cv-7136 (LLS) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/20

### JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULING ORDER

LLS

Plaintiffs, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants, David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. The Court also scheduled a status

Case 1:19-cv-07136-LLS Document 67 Filed 05/12/20 Page 2 of 3
Case 1:19-cv-07136-LLS Document 66 Filed 05/12/20 Page 2 of 3

conference for June 19, 2020 to assess the progress of the case and set the remaining case schedule.

The parties request a two-month extension of the deadlines set forth below because of the impact of the disruptions caused by the COVID-19 health crisis, including local government restrictions on out-of-home activities. Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule. The parties request that the Court retain the June 19, 2020 status conference (telephonic or in person, as the Court directs) to assess the case's progress. This is the first time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Status conference | Friday, June 19 | Unchanged |
| Fact discovery completed | Friday, June 19 | Friday, August 14 |
| Burden-of-proof expert reports | Friday, July 17 | Friday, September 11 |
| Rebuttal expert reports | Friday, August 14 | Friday, October 9 |
| Expert discovery completed | Friday, September 11 | Friday, November 6 |

Dated: May 12, 2020                                  Respectfully submitted,

/s/ Elizabeth E. Brenckman                           /s/ Thomas G. Hentoff
R. David Hosp                                        Gerson A. Zweifach
Elizabeth E. Brenckman                               Thomas G. Hentoff (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP                   Joseph M. Terry (*pro hac vice*)
51 West 52nd Street                                  WILLIAMS & CONNOLLY LLP
New York, NY 10019                                   725 Twelfth Street, N.W.
Tel: (617) 880-1886                                  Washington, DC. 20005
     (212) 506-3535
dhosp@orrick.com                                     650 Fifth Avenue
ebrenckman@orrick.com                                Suite 1500
                                                     New York, NY 10019
Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)                  Tel: (202) 434-5000
222 Berkeley Street, Suite 2000                      gzweifach@wc.com
Boston, MA 02116                                     thentoff@wc.com
Tel: (617) 880-1896                                  jterry@wc.com
     (617) 880-1919
mpuzella@orrick.com                                  *Attorneys for All Plaintiffs/Counterclaim*
sgarko@orrick.com                                    *Defendants*

Mitchell L. Stoltz                                   Paul D. Clement (*pro hac vice*)
Electronic Frontier Foundation                       Erin E. Murphy (*pro hac vice*)
815 Eddy Street                                      KIRKLAND & ELLIS LLP
San Francisco, CA 94109                              1301 Pennsylvania Avenue, NW
Tel: (415) 436-9333                                  Washington, DC 20004
mitch@eff.org
                                                     Tel: (202) 389-5000
*Attorneys for Defendants David R. Goodfriend*       paul.clement@kirkland.com
*and Sports Fans Coalition NY, Inc.*                 erin.murphy@kirkland.com

                                                     *Attorneys for Plaintiffs Fox Television*
                                                     *Stations, LLC and Fox Broadcasting*
                                                     *Company, LLC*

On this 12th day of May, 2020,

Approved By:

*Louis L. Stanton*
The Honorable Louis L. Stanton
United States District Judge

3