UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>        Defendants. | No. 19-cv-7136 (LLS)<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY JONATHAN S. SIDHU** |

Pursuant to Rule 1.4 of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jonathan S. Sidhu, hereby move this Court for an Order permitting withdrawal of counsel Jonathan S. Sidhu for Plaintiffs in the above-captioned action. Withdrawal is sought due to my departure from employment at Williams & Connolly LLP. Plaintiffs continue to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket. A declaration in support of this motion is attached.

Date: May 26, 2020

Respectfully submitted,

/s/ Jonathan S. Sidhu
Jonathan S. Sidhu
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel.: (202) 434-5000
Fax: (202) 434-5029
jsidhu@wc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

                                                                   /s/ Jonathan S. Sidhu
                                                                   Jonathan S. Sidhu