LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

THOMAS G. HENTOFF
(202) 569-8441
FAX (202) 824-4190
THentoff@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 18, 2020

**VIA ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.*,
             No. 19-cv-7136-LLS

Dear Judge Stanton:

    We represent the Plaintiffs in the above-referenced matter.[1] We write on behalf of all the parties in the case.[2] We write to confirm our understanding based on the parties' joint call to chambers yesterday that the June 19, 2020 status conference will not take place.

    The parties will meet and confer and follow up with a new submission on scheduling matters for the Court's consideration that will include a new proposed date for the status conference.

    Counsel for the parties are available at the Court's convenience to answer any questions.

                                Respectfully submitted,

                                /s/ Thomas G. Hentoff
                                Thomas G. Hentoff

cc:  All counsel of record via ECF

---

[1] Plaintiffs are American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC.

[2] Defendants are David R. Goodfriend and Sports Fans Coalition NY, Inc. ("SFCNY").