ORIGINAL

SSUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN BROADCASTING
COMPANIES, INC., DISNEY
ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
CBS BROADCASTING INC., CBS STUDIOS
INC., FOX TELEVISION STATIONS, LLC,
FOX BROADCASTING COMPANY, LLC,
NBCUNIVERSAL MEDIA, LLC,
UNIVERSAL TELEVISION LLC, and OPEN
4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs,

v.

DAVID R. GOODFRIEND and SPORTS
FANS COALITION NY, INC.,

Defendants.

---

No. 19-cv-7136 (LLS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/20

## SECOND JOINT STIPULATION AND [PROPOSED] ORDER    LLS
## MODIFYING CASE SCHEDULING ORDER

Plaintiffs, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth

Century Fox Film Corporation, CBS  Broadcasting Inc., CBS Studios Inc., Fox Television

Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal

Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants, David

R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel,

respectfully submit this Second Joint Stipulation and Proposed Order Modifying the Scheduling

Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set

through the close of expert discovery on September 11, 2020.  The Court also scheduled a status

conference for June 19, 2020 to assess the progress of the case and set the remaining case

schedule.  At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing deadlines by eight weeks.

The parties now request a second eight-week extension of the deadlines set forth below (and nine weeks in one instance in light of the Christmas/New Year holiday) because of the continuing impact of the disruptions caused by the COVID-19 health crisis, including local government restrictions on out-of-home business activities.  Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule.  This is the second time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Status conference | Friday, June 19 (removed from calendar) | Friday, October 9 |
| Fact discovery completed | Friday, August 14 | Friday, October 9 |
| Burden-of-proof expert reports | Friday, September 11 | Friday, November 6 |
| Rebuttal expert reports | Friday, October 9 | Friday, December 4 |
| Expert discovery completed | Friday, November 6 | Friday, January 8 |

Dated: July 6, 2020                                    Respectfully submitted,

/s/ Elizabeth E. Brenckman                             /s/ Thomas G. Hentoff
R. David Hosp                                          Gerson A. Zweifach
Elizabeth E. Brenckman                                 Thomas G. Hentoff (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP                     Joseph M. Terry (*pro hac vice*)
51 West 52nd Street                                    WILLIAMS & CONNOLLY LLP
New York, NY 10019                                     725 Twelfth Street, N.W.
Tel: (617) 880-1886                                    Washington, DC. 20005
      (212) 506-3535
dhosp@orrick.com                                       650 Fifth Avenue
ebrenckman@orrick.com                                  Suite 1500
                                                       New York, NY 10019
Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)                    Tel: (202) 434-5000
222 Berkeley Street, Suite 2000                        gzweifach@wc.com
Boston, MA 02116                                       thentoff@wc.com
Tel: (617) 880-1896                                    jterry@wc.com
      (617) 880-1919
mpuzella@orrick.com                                    *Attorneys for All Plaintiffs/Counterclaim*
sgarko@orrick.com                                      *Defendants*

Mitchell L. Stoltz                                     Paul D. Clement (*pro hac vice*)
Electronic Frontier Foundation                         Erin E. Murphy (*pro hac vice*)
815 Eddy Street                                        KIRKLAND & ELLIS LLP
San Francisco, CA 94109                                1301 Pennsylvania Avenue, NW
Tel: (415) 436-9333                                    Washington, DC 20004
mitch@eff.org
                                                       Tel: (202) 389-5000
*Attorneys for Defendants David R. Goodfriend*         paul.clement@kirkland.com
*and Sports Fans Coalition NY, Inc.*                   erin.murphy@kirkland.com

                                                       *Attorneys for Plaintiffs Fox Television*
                                                       *Stations, LLC and Fox Broadcasting*
                                                       *Company, LLC*

On this **6**ᵗʰ day of July, 2020,

Approved By:

_Louis L. Stanton_
The Honorable Louis L. Stanton
United States District Judge

3