LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

THOMAS G. HENTOFF
(202) 569-8441
FAX (202) 824-4190
THentoff@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

July 24, 2020

**VIA ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.*,
              No. 19-cv-7136-LLS

Dear Judge Stanton:

    I represent the Plaintiffs in the above-referenced matter.[1]  I write to provide notice to the Court that Plaintiffs are withdrawing without prejudice as moot the items at docket numbers 37 and 38: Plaintiffs' October 28, 2019 Motion To Dismiss Defendants' Counterclaims and the Memorandum of Law in Support.  I have conferred with counsel for Defendants, who consent to this withdrawal.

    If the Court requires any additional information in connection with this notice, counsel are available to provide it.

                                     Respectfully submitted,

                                     /s/ Thomas G. Hentoff
                                   Thomas G. Hentoff

cc:  All counsel of record via ECF

---

[1] Plaintiffs are American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC.