UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>        Defendants. | No. 19-cv-7136 (LLS) |

**THIRD JOINT STIPULATION AND [PROPOSED] ORDER**
**MODIFYING CASE SCHEDULING ORDER**

Plaintiffs, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants, David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Third Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing

deadlines by eight weeks, and on July 6, 2020 entered an Order modifying the case schedule by extending the existing deadline by an additional eight weeks (and nine weeks in one instance in light of the Christmas/New Year holiday).

The parties now request a third eight-week extension of the deadlines set forth below to give the parties sufficient time to complete ongoing party and third-party fact discovery on which they have been diligently working. Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule. This is the third time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Status conference | Friday, October 9, 2020 | Friday, December 4, 2020 |
| Fact discovery completed | Friday, October 9, 2020 | Friday, December 4, 2020 |
| Burden-of-proof expert reports | Friday, November 6, 2020 | Friday, January 8, 2021 |
| Rebuttal expert reports | Friday, December 4, 2020 | Friday, February 5, 2021 |
| Expert discovery completed | Friday, January 8, 2021 | Friday, March 5, 2021 |

| | |
|---|---|
| Dated: September 3, 2020 | Respectfully submitted, |

| | |
|---|---|
| /s/ Elizabeth E. Brenckman | /s/ Thomas G. Hentoff |
| R. David Hosp | Gerson A. Zweifach |
| Elizabeth E. Brenckman | Thomas G. Hentoff (*pro hac vice*) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Joseph M. Terry (*pro hac vice*) |
| 51 West 52nd Street | WILLIAMS & CONNOLLY LLP |
| New York, NY 10019 | 725 Twelfth Street, N.W. |
| Tel: (617) 880-1886 | Washington, DC. 20005 |
|        (212) 506-3535 | |
| dhosp@orrick.com | 650 Fifth Avenue |
| ebrenckman@orrick.com | Suite 1500 |
| | New York, NY 10019 |
| Mark S. Puzella (*pro hac vice*) | |
| Sheryl Koval Garko (*pro hac vice*) | Tel: (202) 434-5000 |
| 222 Berkeley Street, Suite 2000 | gzweifach@wc.com |
| Boston, MA 02116 | thentoff@wc.com |
| Tel: (617) 880-1896 | jterry@wc.com |
|        (617) 880-1919 | |
| mpuzella@orrick.com | *Attorneys for All Plaintiffs/Counterclaim* |
| sgarko@orrick.com | *Defendants* |
| | |
| Mitchell L. Stoltz | Paul D. Clement (*pro hac vice*) |
| Electronic Frontier Foundation | Erin E. Murphy (*pro hac vice*) |
| 815 Eddy Street | KIRKLAND & ELLIS LLP |
| San Francisco, CA 94109 | 1301 Pennsylvania Avenue, NW |
| Tel: (415) 436-9333 | Washington, DC 20004 |
| mitch@eff.org | |
| | Tel: (202) 389-5000 |
| *Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.* | paul.clement@kirkland.com |
| | erin.murphy@kirkland.com |
| | |
| | *Attorneys for Plaintiffs Fox Television Stations, LLC and Fox Broadcasting Company, LLC* |

On  this  ____  day of September, 2020,

Approved By:

_____
The Honorable Louis L. Stanton
United States District Judge