ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN BROADCASTING
COMPANIES, INC., DISNEY
ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION,
CBS BROADCASTING INC., CBS STUDIOS
INC., FOX TELEVISION STATIONS, LLC,
FOX BROADCASTING COMPANY, LLC,
NBCUNIVERSAL MEDIA, LLC,
UNIVERSAL TELEVISION LLC, and OPEN
4 BUSINESS PRODUCTIONS, LLC,

         Plaintiffs,

v.

DAVID R. GOODFRIEND and SPORTS
FANS COALITION NY, INC.,

         Defendants.

No. 19-cv-7136 (LLS)

---

## THIRD JOINT STIPULATION AND [PROPOSED] ORDER
## MODIFYING CASE SCHEDULING ORDER

Plaintiffs, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants, David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Third Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing

deadlines by eight weeks, and on July 6, 2020 entered an Order modifying the case schedule by extending the existing deadline by an additional eight weeks (and nine weeks in one instance in light of the Christmas/New Year holiday).

The parties now request a third eight-week extension of the deadlines set forth below to give the parties sufficient time to complete ongoing party and third-party fact discovery on which they have been diligently working. Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule. This is the third time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Status conference | Friday, October 9, 2020 | Friday, December 4, 2020 |
| Fact discovery completed | Friday, October 9, 2020 | Friday, December 4, 2020 |
| Burden-of-proof expert reports | Friday, November 6, 2020 | Friday, January 8, 2021 |
| Rebuttal expert reports | Friday, December 4, 2020 | Friday, February 5, 2021 |
| Expert discovery completed | Friday, January 8, 2021 | Friday, March 5, 2021 |

Dated: September 3, 2020							Respectfully submitted,

/s/ Elizabeth E. Brenckman							/s/ Thomas G. Hentoff
R. David Hosp									Gerson A. Zweifach
Elizabeth E. Brenckman							Thomas G. Hentoff (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP			Joseph M. Terry (*pro hac vice*)
51 West 52nd Street								WILLIAMS & CONNOLLY LLP
New York, NY 10019								725 Twelfth Street, N.W.
Tel: (617) 880-1886								Washington, DC. 20005
    (212) 506-3535
dhosp@orrick.com								650 Fifth Avenue
ebrenckman@orrick.com							Suite 1500
											New York, NY 10019

Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)					Tel: (202) 434-5000
222 Berkeley Street, Suite 2000						gzweifach@wc.com
Boston, MA 02116								thentoff@wc.com
Tel: (617) 880-1896								jterry@wc.com
    (617) 880-1919
mpuzella@orrick.com							*Attorneys for All Plaintiffs/Counterclaim*
sgarko@orrick.com								*Defendants*

Mitchell L. Stoltz								Paul D. Clement (*pro hac vice*)
Electronic Frontier Foundation						Erin E. Murphy (*pro hac vice*)
815 Eddy Street								KIRKLAND & ELLIS LLP
San Francisco, CA 94109							1301 Pennsylvania Avenue, NW
Tel: (415) 436-9333								Washington, DC 20004
mitch@eff.org
											Tel: (202) 389-5000
*Attorneys for Defendants David R. Goodfriend*		paul.clement@kirkland.com
*and Sports Fans Coalition NY, Inc.*					erin.murphy@kirkland.com

											*Attorneys for Plaintiffs Fox Television*
											*Stations, LLC and Fox Broadcasting*
											*Company, LLC*

On this 3rd day of September, 2020,

Approved By:

*Louis L. Stanton*
The Honorable Louis L. Stanton
United States District Judge

3