UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>        Defendants. | No. 19-cv-7136 (LLS) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEFENDANTS' ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS**

      Plaintiffs, American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants, David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Stipulation and Proposed Order regarding Defendants' Answer to Amended Complaint and Counterclaims.

      Pursuant to the Court's January 31, 2020 and September 3, 2020 Scheduling Orders, Plaintiffs on October 30, 2020 filed an Amended Complaint (Dkt. No. 81) for the sole purpose of adding a new Exhibit C "that list[s] additional infringed works." Scheduling Order at 6 (Jan. 31,

2020) (Dkt. No. 59). No other substantive allegations were added. On November 13, 2020, Defendants in response filed an Answer to Amended Complaint and Counterclaims (Dkt. No. 88) with no substantive changes to the original Answer and Counterclaims (Dkt. No. 29) they filed on September 26, 2019.

In the interest of efficiency and conserving resources, the parties hereby jointly stipulate to the withdrawal of the Answer to Amended Complaint and Counterclaims on the ground that Defendants' original pleading is a fully sufficient response to Plaintiffs' October 30, 2020 Amended Complaint, which did nothing more than add additional works. The parties jointly stipulate that the original pleading fully denies liability and asserts all the same defenses as to those additional works.

Dated: December 1, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Elizabeth E. Brenckman | /s/ Thomas G. Hentoff |
| R. David Hosp | Gerson A. Zweifach |
| Elizabeth E. Brenckman | Thomas G. Hentoff (*pro hac vice*) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Joseph M. Terry (*pro hac vice*) |
| 51 West 52nd Street | Tian Huang (*pro hac vice*) |
| New York, NY 10019 | Jean Ralph Fleurmont (*pro hac vice*) |
| Tel: (617) 880-1886 | WILLIAMS & CONNOLLY LLP |
|         (212) 506-3535 | 725 Twelfth Street, N.W. |
| dhosp@orrick.com | Washington, DC. 20005 |
| ebrenckman@orrick.com | |
| | 650 Fifth Avenue |
| Mark S. Puzella (*pro hac vice*) | Suite 1500 |
| Sheryl Koval Garko (*pro hac vice*) | New York, NY 10019 |
| Caroline Koo Simons | |
| 222 Berkeley Street, Suite 2000 | Tel: (202) 434-5000 |
| Boston, MA 02116 | gzweifach@wc.com |
| Tel: (617) 880-1896 | thentoff@wc.com |
|         (617) 880-1919 | jterry@wc.com |
| mpuzella@orrick.com | thuang@wc.com |
| sgarko@orrick.com | jfleurmont@wc.com |
| csimons@orrick.com | |
| | *Attorneys for All Plaintiffs* |
| Mitchell L. Stoltz | |
| Electronic Frontier Foundation | Paul D. Clement (*pro hac vice*) |
| 815 Eddy Street | Erin E. Murphy (*pro hac vice*) |
| San Francisco, CA 94109 | KIRKLAND & ELLIS LLP |
| Tel: (415) 436-9333 | 1301 Pennsylvania Avenue, NW |
| mitch@eff.org | Washington, DC 20004 |
| | |
| *Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.* | Tel: (202) 389-5000 |
| | paul.clement@kirkland.com |
| | erin.murphy@kirkland.com |
| | |
| | *Attorneys for Plaintiffs Fox Television Stations, LLC and Fox Broadcasting Company, LLC* |

On this ____ day of December, 2020,

Approved By:

_____
The Honorable Louis L. Stanton
United States District Judge

3