UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>Defendants. | No. 19-cv-7136 (LLS) |

**FIFTH JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULING ORDER**

Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Fifth Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing

deadlines by eight weeks. On July 6, 2020, September 3, 2020, and November 13, 2020, the Court entered additional Orders modifying the case schedule by extending the existing deadlines by approximately eight weeks each time.

As discussed with the Court during the status conference on January 15, 2021, the parties respectfully request that the Court enter the parties' agreed-upon modifications to the expert discovery schedule below, as well as the additional deadlines for summary judgment, Daubert motions, and the pretrial order, as well as the trial-ready date. This is the fifth time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Burden-of-proof expert reports | Friday, January 22, 2021 | Thursday, February 18, 2021 |
| Rebuttal expert reports | Friday, February 19, 2021 | Thursday, March 18, 2021 |
| Expert discovery completed | Friday, March 19, 2021 | Thursday, April 8, 2021 |
| Opening summary judgment briefs | N/A | Thursday, April 29, 2021 |
| Summary judgment oppositions | N/A | Thursday, May 27, 2021 |
| Summary judgment replies | N/A | Thursday, June 10, 2021 |
| Motions objecting to the reliability of an expert's proposed testimony under Rule 702 of the Federal Rules of Evidence | N/A | Thursday, June 17, 2021 |
| Oppositions to motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | N/A | Thursday, July 8, 2021 |

| | | |
|---|---|---|
| Replies in support of motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | N/A | Thursday, July 22, 2021 |
| Plaintiffs will initiate the pretrial order materials process to Defendants pursuant to the Court's Individual Practices | N/A | Thursday, June 17, 2021 |
| Parties' submission of a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury-trial; or (2) proposed voir dire questions and proposed jury instructions for a jury trial | N/A | Thursday, August 19, 2021 |
| Trial-Ready | N/A | Thursday, September 16, 2021 |

Dated: January 22, 2021                                    Respectfully submitted,

/s/ Elizabeth E. Brenckman                                 /s/ Thomas G. Hentoff
R. David Hosp                                              Gerson A. Zweifach
Elizabeth E. Brenckman                                     Thomas G. Hentoff (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP                         Joseph M. Terry (*pro hac vice*)
51 West 52nd Street                                        Tian Huang (*pro hac vice*)
New York, NY 10019                                         Jean Ralph Fleurmont (*pro hac vice*)
Tel: (617) 880-1886                                        WILLIAMS & CONNOLLY LLP
     (212) 506-3535                                        725 Twelfth Street, N.W.
dhosp@orrick.com                                           Washington, DC. 20005
ebrenckman@orrick.com

                                                           650 Fifth Avenue
Mark S. Puzella (*pro hac vice*)                           Suite 1500
Sheryl Koval Garko (*pro hac vice*)                        New York, NY 10019
Caroline Koo Simons
222 Berkeley Street, Suite 2000                            Tel: (202) 434-5000
Boston, MA 02116                                           gzweifach@wc.com
Tel: (617) 880-1896                                        thentoff@wc.com
     (617) 880-1919                                        jterry@wc.com
mpuzella@orrick.com                                        thuang@wc.com
sgarko@orrick.com                                          jfleurmont@wc.com
csimons@orrick.com

*Attorneys for All Plaintiffs*

Mitchell L. Stoltz
Electronic Frontier Foundation                             Paul D. Clement (*pro hac vice*)
815 Eddy Street                                            Erin E. Murphy (*pro hac vice*)
San Francisco, CA 94109                                    KIRKLAND & ELLIS LLP
Tel: (415) 436-9333                                        1301 Pennsylvania Avenue, NW
mitch@eff.org                                              Washington, DC 20004

*Attorneys for Defendants David R. Goodfriend*             Tel: (202) 389-5000
*and Sports Fans Coalition NY, Inc.*                       paul.clement@kirkland.com
                                                           erin.murphy@kirkland.com

                                                           *Attorneys for Plaintiffs Fox Television*
                                                           *Stations, LLC and Fox Broadcasting*
On this ____ day of January, 2021,                         *Company, LLC*

Approved By:

_____
The Honorable Louis L. Stanton
United States District Judge

4