UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., <br><br> Defendants. | No. 19-cv-7136 (LLS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/21

### FIFTH JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULING ORDER

Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Fifth Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing

deadlines by eight weeks. On July 6, 2020, September 3, 2020, and November 13, 2020, the Court entered additional Orders modifying the case schedule by extending the existing deadlines by approximately eight weeks each time.

As discussed with the Court during the status conference on January 15, 2021, the parties respectfully request that the Court enter the parties' agreed-upon modifications to the expert discovery schedule below, as well as the additional deadlines for summary judgment, Daubert motions, and the pretrial order, as well as the trial-ready date. This is the fifth time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Burden-of-proof expert reports | Friday, January 22, 2021 | Thursday, February 18, 2021 |
| Rebuttal expert reports | Friday, February 19, 2021 | Thursday, March 18, 2021 |
| Expert discovery completed | Friday, March 19, 2021 | Thursday, April 8, 2021 |
| Opening summary judgment briefs | N/A | Thursday, April 29, 2021 |
| Summary judgment oppositions | N/A | Thursday, May 27, 2021 |
| Summary judgment replies | N/A | Thursday, June 10, 2021 |
| Motions objecting to the reliability of an expert's proposed testimony under Rule 702 of the Federal Rules of Evidence | N/A | Thursday, June 17, 2021 |
| Oppositions to motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | N/A | Thursday, July 8, 2021 |

| | | |
|---|---|---|
| Replies in support of motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | N/A | Thursday, July 22, 2021 |
| Plaintiffs will initiate the pretrial order materials process to Defendants pursuant to the Court's Individual Practices | N/A | Thursday, June 17, 2021 |
| Parties' submission of a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury-trial; or (2) proposed voir dire questions and proposed jury instructions for a jury trial | N/A | Thursday, August 19, 2021 |
| ~~Trial-Ready~~ Final Pretrial Conference | ~~N/A~~ | Thursday, September 16, 2021 at 3.PM. |

LLS

3

Dated: January 22, 2021

Respectfully submitted,

/s/ Elizabeth E. Brenckman
R. David Hosp
Elizabeth E. Brenckman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (617) 880-1886
    (212) 506-3535
dhosp@orrick.com
ebrenckman@orrick.com

Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
Caroline Koo Simons
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1896
    (617) 880-1919
mpuzella@orrick.com
sgarko@orrick.com
csimons@orrick.com

Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
mitch@eff.org

*Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.*

/s/ Thomas G. Hentoff
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
Tian Huang (*pro hac vice*)
Jean Ralph Fleurmont (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com
thuang@wc.com
jfleurmont@wc.com

*Attorneys for All Plaintiffs*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: (202) 389-5000
paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for Plaintiffs Fox Television Stations, LLC and Fox Broadcasting Company, LLC*

On this **22** day of January, 2021,

Approved By:

*Louis L. Stanton*

The Honorable Louis L. Stanton
United States District Judge

4