

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., <br><br>Defendants. | No. 19-cv-7136 (LLS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/21

### SIXTH JOINT STIPULATION AND [PROPOSED] ORDER
### MODIFYING CASE SCHEDULING ORDER

Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Sixth Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing

deadlines by eight weeks. On July 6, 2020, September 3, 2020, and November 13, 2020, the Court entered additional Orders modifying the case schedule by extending the existing deadlines by approximately eight weeks each time. On January 25, 2021, the Court entered another Order modifying the case schedule by extending the existing deadlines by approximately four weeks.

The parties now request a fifteen-day extension of the expert discovery deadline, and a one-week extension of the summary judgment deadlines below to give the parties sufficient time to complete expert depositions and prepare motions for summary judgment. The parties have been diligently working on completing expert discovery. Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule. This is the sixth time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert discovery completed | Thursday, April 8, 2021 | Friday, April 23, 2021 |
| Opening summary judgment briefs | Thursday, April 29, 2021 | Thursday, May 6, 2021 |
| Summary judgment oppositions | Thursday, May 27, 2021 | Friday, June 4, 2021 |
| Summary judgment replies | Thursday, June 10, 2021 | Thursday, June 17, 2021 |
| Motions objecting to the reliability of an expert's proposed testimony under Rule 702 of the Federal Rules of Evidence | Thursday, June 17, 2021 | Unchanged |
| Oppositions to motions objecting to the reliability of such experts' proposed | Thursday, July 8, 2021 | Unchanged |

| | | |
|---|---|---|
| testimony under Rule 702 of the Federal Rules of Evidence | | |
| Replies in support of motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | Thursday, July 22, 2021 | Unchanged |
| Plaintiffs will initiate the pretrial order materials process to Defendants pursuant to the Court's Individual Practices | Thursday, June 17, 2021 | Unchanged |
| Parties' submission of a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury-trial; or (2) proposed voir dire questions and proposed jury instructions for a jury trial | Thursday, August 19, 2021 | Unchanged |
| Final Pretrial Conference | Thursday, September 16, 2021, at 3 p.m. | Unchanged |

Dated: March 24, 2021                                    Respectfully submitted,

/s/ Elizabeth E. Brenckman                               /s/ Thomas G. Hentoff
R. David Hosp                                            Gerson A. Zweifach
Elizabeth E. Brenckman                                   Thomas G. Hentoff (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP                       Joseph M. Terry (*pro hac vice*)
51 West 52nd Street                                      Tian Huang (*pro hac vice*)
New York, NY 10019                                       Jean Ralph Fleurmont (*pro hac vice*)
Tel: (617) 880-1886                                      WILLIAMS & CONNOLLY LLP
     (212) 506-3535                                      725 Twelfth Street, N.W.
dhosp@orrick.com                                         Washington, DC. 20005
ebrenckman@orrick.com

                                                         650 Fifth Avenue
Mark S. Puzella (*pro hac vice*)                         Suite 1500
Sheryl Koval Garko (*pro hac vice*)                      New York, NY 10019
Caroline Koo Simons
222 Berkeley Street, Suite 2000                          Tel: (202) 434-5000
Boston, MA 02116                                         gzweifach@wc.com
Tel: (617) 880-1896                                      thentoff@wc.com
     (617) 880-1919                                      jterry@wc.com
mpuzella@orrick.com                                      thuang@wc.com
sgarko@orrick.com                                        jfleurmont@wc.com
csimons@orrick.com

                                                         *Attorneys for All Plaintiffs*

Mitchell L. Stoltz
Electronic Frontier Foundation                           Paul D. Clement (*pro hac vice*)
815 Eddy Street                                          Erin E. Murphy (*pro hac vice*)
San Francisco, CA 94109                                  KIRKLAND & ELLIS LLP
Tel: (415) 436-9333                                      1301 Pennsylvania Avenue, NW
mitch@eff.org                                            Washington, DC 20004

*Attorneys for Defendants David R. Goodfriend*           Tel: (202) 389-5000
*and Sports Fans Coalition NY, Inc.*                     paul.clement@kirkland.com
                                                         erin.murphy@kirkland.com

                                                         *Attorneys for Plaintiffs Fox Television*
                                                         *Stations, LLC and Fox Broadcasting*
On this 25th day of March, 2021,                         *Company, LLC*

Approved By:

_Louis L. Stanton_
The Honorable Louis L. Stanton
United States District Judge

4