UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, <br><br> *Plaintiffs and Counterclaim-Defendants*, <br><br> v. <br><br> DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., <br><br> *Defendants and Counterclaim-Plaintiffs*. | Case No.: 19-cv-7136-LLS <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT DAVID R. GOODFRIEND'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Rule 56.1 Statement of Material Facts, the Declaration of David R. Goodfriend, and the Declaration of Laura B. Najemy and the exhibits attached thereto, Defendant David R. Goodfriend ("Mr. Goodfriend"), by and through his undersigned attorneys, hereby moves this Court, before the Honorable Louis L. Stanton, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 1007, for an Order granting Defendant's motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56(a) and dismissing Plaintiffs' claims against Mr. Goodfriend.

Dated: May 6, 2021                                  Respectfully submitted,

*/s/ R. David Hosp*
R. David Hosp
Mark S. Puzella (admitted pro hac vice)
Sheryl Koval Garko (admitted pro hac vice)
Caroline K. Simons
Laura B. Najemy (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1800
dhosp@orrick.com
mpuzella@orrick.com
sgarko@orrick.com
csimons@orrick.com
lnajemy@orrick.com

Elizabeth E. Brenckman
Lindsay Rindskopf
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
ebrenckman@orrick.com
lrindskopf@orrick.com

Shane D. Anderson (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
sanderson@orrick.com

Erin M.B. Leach (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main St. Suite 1100
Irvine, CA 92614
Tel: (949) 567-6700
eleach@orrick.com

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109

1

Tel: (415) 436-9333
mitch@eff.org

*Counsel for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*