# **EXHIBIT 22**

| Message | |
|---|---|
| **From**: | David Goodfriend [david@dcgoodfriend.com] |
| **Sent**: | 8/24/2018 4:57:03 PM |
| **To**: | Peter Ward [Peterfward@yahoo.com] |
| **Subject**: | Locast Update |

Peter,

Late last year, I spoke to you about the non-profit digital translator service I was launching, Locast.org. We take local broadcast signals off the air, distribute them via the Internet to users only within the DMA of origin, and ask for contributions to support our non-profit service. We are expressly operating under 17 U.S.C. 111(a)(5), which by its terms authorizes non-profits that are not cable operators to retransmit local broadcast signals.

We launched NYC on January 11, 2018. Since then, we have launched service in Dallas and Houston. We'll be launching more top-10 markets in the weeks ahead.

The broadcasters have said nothing. No lawsuit, no cease-and-desist letter, not even a phone call. They are very aware of what we are doing but, I believe, see that we are operating under applicable copyright law and have done our due diligence. We also have heard from independent local broadcasters who support what we're doing, so that also might explain why the broadcasters have not sought to block us.

I remain interested in a single provider for all of our CDN needs at a good value. Could we re-start our conversation?

Please check out www.locast.org and the explainer video at the bottom of the home page. You also can find Rich Greenfild's analyst reports for BTIG and numerous press reports on Bloomberg.com, Crain's Business New York, Broadcasting&Cable, and other publications.

Larry Kudlow even had me on his New York City radio show twice to talk about Locast (before he became President Trump's economic adviser). Who knew.

Thanks

--dg