UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>*Plaintiffs and Counterclaim-Defendants*,<br><br>v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>*Defendants and Counterclaim-Plaintiffs*. | Case No.: 19-cv-7136-LLS<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Rule 56.1 Statement of Material Facts, the Declaration of David R. Goodfriend, and the Declaration of Laura B. Najemy and the exhibits attached thereto, Defendants David R. Goodfriend ("Goodfriend") and Sports Fans Coalition NY, Inc. ("SFCNY") (together "Defendants"), by and through their undersigned attorneys, hereby move this Court, before the Honorable Louis L. Stanton, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 1007, for an Order granting Defendants' motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56(a), and dismissing Plaintiffs' claims.

Dated: May 6, 2021                                        Respectfully submitted,

                                                          */s/ R. David Hosp*
                                                          R. David Hosp
                                                          Mark S. Puzella (admitted pro hac vice)
                                                          Sheryl Koval Garko (admitted pro hac vice)
                                                          Caroline K. Simons
                                                          Laura B. Najemy (admitted pro hac vice)
                                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                          222 Berkeley Street, Suite 2000
                                                          Boston, MA 02116
                                                          Tel: (617) 880-1800
                                                          dhosp@orrick.com
                                                          mpuzella@orrick.com
                                                          sgarko@orrick.com
                                                          csimons@orrick.com
                                                          lnajemy@orrick.com

                                                          Mitchell L. Stoltz
                                                          ELECTRONIC FRONTIER FOUNDATION
                                                          815 Eddy Street
                                                          San Francisco, CA  94109
                                                          Tel: (415) 436-9333
                                                          mitch@eff.org

                                                          Elizabeth E. Brenckman
                                                          Lindsay Rindskopf
                                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                          51 West 52nd Street
                                                          New York, NY 10019-6142
                                                          Tel: (212) 506-5000
                                                          ebrenckman@orrick.com
                                                          lrindskopf@orrick.com

                                                          Shane D. Anderson (admitted pro hac vice)
                                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                          777 South Figueroa Street, Suite 3200
                                                          Los Angeles, CA 90017
                                                          Tel: (213) 629-2020
                                                          sanderson@orrick.com

                                                          Erin M.B. Leach (admitted pro hac vice)
                                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                          2050 Main St. Suite 1100
                                                          Irvine, CA 92614

        Tel: (949) 567-6700
        eleach@orrick.com

*Counsel for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*