```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES,
INC., DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, CBS BROADCASTING INC.,
CBS STUDIOS INC., FOX TELEVISION
STATIONS, LLC, FOX BROADCASTING
COMPANY, LLC, NBCUNIVERSAL MEDIA,
LLC, UNIVERSAL TELEVISION LLC, AND
OPEN 4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs and Counterclaim
Defendants,

    - against -

DAVID R. GOODFRIEND and SPORTS FANS
COALITION NY, INC.,

Defendants and Counterclaim
Plaintiffs.

19 Civ. 7136 (LLS)

ORDER

    The parties' claims of confidentiality and damage from disclosure, raised in their May 6, 2021 motions to seal (Dkt. Nos. 107, 115, 118) have insufficient support (general characterizations in a confidentiality stipulation are too conclusory) and are too non-specific to comply with Lugosch v. Pyramid Co., 435 F. 3d 110, 126 (2d Cir. 2006) ("Because the First Amendment presumption gives rise to a higher burden on the party seeking to prevent disclosure than does the common law presumption, the presumption of access here can be overcome only by specific, on-the-record findings that higher values necessitate a narrowly tailored sealing.").

    The parties must unredact and file publicly the documents

-1-

filed under seal on May 6, 2021.

So Ordered.

Dated:    New York, New York
          May 14, 2021

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.