ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/21

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., <br><br>Defendants. | No. 19-cv-7136 (LLS) |

## JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Joint Stipulation and Proposed Order in the above-captioned matter.

On May 6, 2021, the parties filed their opening motions for summary judgment and supporting materials, which included documents with confidentiality designations produced by the parties, as well as non-parties. The parties filed motions to seal for their summary judgment motions and supporting materials, ECF Nos. 107, 115, 118, which the Court denied for having insufficient support and being too non-specific to comply with *Lugosch v. Pyramid Co.,* 435 F.3d

110, 126 (2d Cir. 2006). ECF No. 136. The aforementioned process, however, did not provide the parties the opportunity to move to seal their confidential information that was filed by their opposing parties, nor did it afford non-parties AT&T, Inc., DIRECTV, LLC, DISH Network Corp., or Charter Communications, Inc. the opportunity to move to seal their confidential information. As such, the parties and non-parties have met and conferred, and propose the following program for the remainder of summary judgment filings, as well as filings related to motions objecting to the reliability of expert testimony and motions *in limine*:

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the parties and non-parties shall in good faith comply with the following program, subject to such exceptions and alterations as experience may show to be necessary:

1. To the extent any party or non-party seeks to submit a specific request to seal following the Court's May 14, 2021 Order, they shall do so by June 11, 2021;
2. The parties' briefs and evidentiary materials related to the parties' oppositions and replies to summary judgment motions ("Summary Judgment Filings") shall be filed under seal;
3. Within five days of filing, the parties shall identify to non-parties the portions of their Summary Judgment Filings that include the non-parties' materials that were produced with confidentiality designations.
4. Within 14 days after the party's identification of materials with confidentiality designations, the non-party shall identify to the party the portions of the materials it claims should be kept redacted.
5. Within seven days of such identification, the parties and non-parties will submit requests to seal any materials they claim should be redacted and/or filed under seal.

6. The Court will then rule on the parties' and non-parties' motions to seal.

7. Within five days of receiving the Court's Order on the motions to seal, the parties will re-file their Summary Judgment Filings according to the Court's Order.

8. This same process shall be used with respect to the filing of Motions Objecting to the Reliability of Expert Testimony and Motions *in Limine*.

Dated: June 3, 2021                                   Respectfully submitted,

/s/ Elizabeth E. Brenckman                            /s/ Thomas G. Hentoff
R. David Hosp                                         Gerson A. Zweifach
Mark S. Puzella (*pro hac vice*)                      Thomas G. Hentoff (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)                   Joseph M. Terry (*pro hac vice*)
Caroline Koo Simons                                   Tian Huang (*pro hac vice*)
Laura B. Najemy (*pro hac vice*)                      Jean Ralph Fleurmont (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP                    Angelica Nguyen
222 Berkeley Street, Suite 2000                       WILLIAMS & CONNOLLY LLP
Boston, MA 02116                                      725 Twelfth Street, N.W.
Tel: (617) 880-1800                                   Washington, DC. 20005
dhosp@orrick.com
mpuzella@orrick.com                                   650 Fifth Avenue
sgarko@orrick.com                                     Suite 1500
csimons@orrick.com                                    New York, NY 10019
lnajemy@orrick.com
                                                      Tel: (202) 434-5000
Elizabeth E. Brenckman                                gzweifach@wc.com
Lindsay Rindskopf                                     thentoff@wc.com
ORRICK, HERRINGTON & SUTCLIFFE LLP                    jterry@wc.com
51 West 52nd Street                                   thuang@wc.com
New York, NY 10019                                    jfleurmont@wc.com
Tel: (212) 506-5000                                   anguyen@wc.com
ebrenckman@orrick.com
lrindskopf@orrick.com                                 *Attorneys for All Plaintiffs*

Mitchell L. Stoltz                                    Paul D. Clement (*pro hac vice*)
Electronic Frontier Foundation                        Erin E. Murphy (*pro hac vice*)
815 Eddy Street                                       KIRKLAND & ELLIS LLP
San Francisco, CA 94109                               1301 Pennsylvania Avenue, NW
Tel: (415) 436-9333                                   Washington, DC 20004
mitch@eff.org
                                                      Tel: (202) 389-5000
*Attorneys for Defendants David R. Goodfriend*        paul.clement@kirkland.com
*and Sports Fans Coalition NY, Inc.*                  erin.murphy@kirkland.com

On this 3rd day of June, 2021,                        *Attorneys for Plaintiffs Fox Television*
                                                      *Stations, LLC and Fox Broadcasting*
Approved By:                                          *Company, LLC*

*Louis L. Stanton*
The Honorable Louis L. Stanton
United States District Judge

4