UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,<br><br>Defendants. | No. 19-cv-7136 (LLS) |

**SEVENTH JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULING ORDER**

Plaintiffs American Broadcasting Companies, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, CBS Broadcasting Inc., CBS Studios Inc., Fox Television Stations, LLC, Fox Broadcasting Company, LLC, NBCUniversal Media, LLC, Universal Television LLC, and Open 4 Business Productions, LLC ("Plaintiffs"), and Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. ("Defendants"), by and through their counsel, respectfully submit this Seventh Joint Stipulation and Proposed Order Modifying the Scheduling Order in the above-captioned matter.

On January 31, 2020, this Court entered an initial Scheduling Order with deadlines set through the close of expert discovery on September 11, 2020. At the parties' joint request, this Court on May 12, 2020 entered an Order modifying the case schedule by extending the existing

deadlines by eight weeks.  On July 6, 2020, September 3, 2020, and November 13, 2020, the Court entered additional Orders modifying the case schedule by extending the existing deadlines by approximately eight weeks each time.  On January 25, 2021, the Court entered another Order modifying the case schedule by extending the existing deadlines by approximately four weeks.  On March 25, 2021, the Court entered another Order modifying the case schedule by about two weeks.

The parties now request a two-week extension to the motions objecting to the reliability of an expert's proposed testimony under Rule 702 under the Federal Rules of Evidence.  The parties have been diligently working on completing summary judgment briefing.  Counsel for the parties have conferred about the effect of these circumstances upon the case's schedule.  This is the seventh time the parties have sought an extension or modification to the case schedule.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the following deadlines are extended pursuant to the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Summary judgment replies | Thursday, June 17, 2021 | Unchanged |
| Motions objecting to the reliability of an expert's proposed testimony under Rule 702 of the Federal Rules of Evidence | Thursday, June 17, 2021 | Thursday, July 1, 2021 |
| Oppositions to motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | Thursday, July 8, 2021 | Thursday, July 22, 2021 |
| Replies in support of motions objecting to the reliability of such experts' proposed testimony under Rule 702 of the Federal Rules of Evidence | Thursday, July 22, 2021 | Thursday, August 5, 2021 |

| | | |
|---|---|---|
| Plaintiffs will initiate the pretrial order materials process to Defendants pursuant to the Court's Individual Practices | Thursday, June 17, 2021 | Unchanged |
| Parties' submission of a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury-trial; or (2) proposed voir dire questions and proposed jury instructions for a jury trial | Thursday, August 19, 2021 | Unchanged |
| Final Pretrial Conference | Thursday, September 16, 2021, at 3 p.m. | Unchanged |

Dated: June 11, 2021                              Respectfully submitted,

/s/ R. David Hosp
R. David Hosp
Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
Caroline Koo Simons
Laura B. Najemy (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel: (617) 880-1800
dhosp@orrick.com
mpuzella@orrick.com
sgarko@orrick.com
csimons@orrick.com
lnajemy@orrick.com

Elizabeth E. Brenckman
Lindsay Rindskopf
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
ebrenckman@orrick.com
lrindskopf@orrick.com

Mitchell L. Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
mitch@eff.org

*Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.*


/s/ Gerson A. Zweifach
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
Tian Huang (*pro hac vice*)
Jean Ralph Fleurmont (*pro hac vice*)
Angelica H. Nguyen
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC. 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com
thuang@wc.com
jfleurmont@wc.com
anguyen@wc.com

*Attorneys for All Plaintiffs*

Paul D. Clement (*pro hac vice*)
Erin E. Murphy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: (202) 389-5000
paul.clement@kirkland.com
erin.murphy@kirkland.com

*Attorneys for Plaintiffs Fox Television Stations, LLC and Fox Broadcasting Company, LLC*

On this ____ day of June, 2021,

Approved By:

_____
The Honorable Louis L. Stanton
United States District Judge