## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, | Case No.: 19-cv-7136-LLS |
| *Plaintiffs and Counterclaim-Defendants*, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., | |
| *Defendants and Counterclaim-Plaintiffs*. | |

## NOTICE OF DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Rule 56.1 Statement of Material Facts, the Declaration of David R. Goodfriend, and the Declaration of Laura B. Najemy and the exhibits attached thereto, Defendants David R. Goodfriend ("Goodfriend") and Sports Fans Coalition NY, Inc. ("SFCNY") (together "Defendants"), by and through their undersigned attorneys, hereby move this Court, before the Honorable Louis L. Stanton, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 1007, for an Order granting Defendants' motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56(a), and dismissing Plaintiffs' claims.

Dated: May 6, 2021                          Respectfully submitted,


                                            */s/ R. David Hosp*
                                            R. David Hosp
                                            Mark S. Puzella (admitted pro hac vice)
                                            Sheryl Koval Garko (admitted pro hac vice)
                                            Caroline K. Simons
                                            Laura B. Najemy (admitted pro hac vice)
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            222 Berkeley Street, Suite 2000
                                            Boston, MA 02116
                                            Tel: (617) 880-1800
                                            dhosp@orrick.com
                                            mpuzella@orrick.com
                                            sgarko@orrick.com
                                            csimons@orrick.com
                                            lnajemy@orrick.com

                                            Mitchell L. Stoltz
                                            ELECTRONIC FRONTIER FOUNDATION
                                            815 Eddy Street
                                            San Francisco, CA  94109
                                            Tel: (415) 436-9333
                                            mitch@eff.org

                                            Elizabeth E. Brenckman
                                            Lindsay Rindskopf
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            51 West 52nd Street
                                            New York, NY 10019-6142
                                            Tel: (212) 506-5000
                                            ebrenckman@orrick.com
                                            lrindskopf@orrick.com

                                            Shane D. Anderson (admitted pro hac vice)
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            777 South Figueroa Street, Suite 3200
                                            Los Angeles, CA 90017
                                            Tel: (213) 629-2020
                                            sanderson@orrick.com

                                            Erin M.B. Leach (admitted pro hac vice)
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            2050 Main St. Suite 1100
                                            Irvine, CA 92614

Tel: (949) 567-6700
eleach@orrick.com

*Counsel for Defendants and Counterclaim-Plaintiffs David R. Goodfriend and Sports Fans Coalition NY, Inc.*