

June 29, 2021

Via ECF

**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740

+1 617 880 1800

**orrick.com**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**R. David Hosp**

E  dhosp@orrick.com
D  +1 617 880 1886
F  +1 617 880 1801

Re:   *American Broadcasting Companies, Inc. et al. v. David R. Goodfriend et al.*,
      No. 19-cv-7136-LLS

Dear Judge Stanton:

      We write on behalf of the parties in the above-referenced matter. The parties have recently informed the Court on calls with the Court's clerk that they believe that counsel and all necessary witnesses can be available for trial in the first three weeks of November 2021. Given this availability, the parties hereby make a request that, to the extent it is convenient for the Court, the trial be scheduled for that time frame.

      Currently, the Court has a Final Pretrial Conference scheduled for September 16, 2021, and the Final Pre-Trial Order is due to the Court on August 19, 2021. If the trial date is scheduled for November, the parties would also request that the date for the final pretrial conference be moved to October, and the date for submitting the Pre-Trial Order be moved to September or a date convenient for the Court.

Respectfully submitted,

*/s/ R. David Hosp*
R. David Hosp

Respectfully submitted,

*/s/ Gerson Zweifach*
Gerzon Zweifach

CC: All counsel of record via ECF