

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES,
INC., DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, CBS BROADCASTING INC.,
CBS STUDIOS INC., FOX TELEVISION
STATIONS, LLC, FOX BROADCASTING
COMPANY, LLC, NBCUNIVERSAL MEDIA,
LLC, UNIVERSAL TELEVISION LLC, AND
OPEN 4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs and Counterclaim
Defendants,

- against -

DAVID R. GOODFRIEND and SPORTS FANS
COALITION NY, INC.,

Defendants and Counterclaim
Plaintiffs.

19 Civ. 7136 (LLS)

ORDER

Non-parties Charter Communications Inc., DISH Network L.L.C., and AT&T and DIRECTV, LLC move to seal or redact certain documents submitted in support of plaintiffs' and defendants' oppositions to their motions for summary judgment. Parties ABC and CBS also move to seal or redact portions of deposition testimony and the accompanying Exhibits.

The only new information the non-Parties request to remain under seal or redacted are the Terry Declaration Ex. 40 (Dkt. No. 146-18) and lines 13 through 18 on page 127 and lines 3 through 15 on page 128 of the Tyrer Deposition. Those requests are granted.

ABC and CBS's requests are also granted, and the parties may redact the highlighted portions of Mr. O'Connell's and Mr.

Orlando's depositions (including Hentoff Declaration, Dkt. No. 213, Exhibits 2-4).

The Court's rulings on sealing apply equally to the materials' inclusion in later filings, and the non-parties and parties need not submit separate requests each time the same materials are cited.

Pursuant to the Court's June 3, 2021 Order, the parties have five days to re-file their summary judgment documents in accordance with this Order.

So Ordered.

Dated:  New York, New York
        July 2, 2021

                                    /s/ Louis L. Stanton
                                    LOUIS L. STANTON
                                    U.S.D.J.