

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, AND OPEN 4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs and Counterclaim Defendants,

- against -

DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,

Defendants and Counterclaim Plaintiffs.

19 Civ. 7136 (LLS)

ORDER

The parties' request for a November trial date has been submitted and is pending approval.

Per the parties' request in their June 29, 2021 Letter, the date for submitting the Pre-Trial Order is moved to Monday, September 20, 2021, and the date for the final pretrial conference is rescheduled to October 15, 2021 at 12:30 PM.

So Ordered.

Dated: New York, New York
July 6, 2021

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.