```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES,
INC., DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, CBS BROADCASTING INC.,
CBS STUDIOS INC., FOX TELEVISION
STATIONS, LLC, FOX BROADCASTING
COMPANY, LLC, NBCUNIVERSAL MEDIA,
LLC, UNIVERSAL TELEVISION LLC, AND
OPEN 4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs and Counterclaim
Defendants,

         - against -

DAVID R. GOODFRIEND and SPORTS FANS
COALITION NY, INC.,

Defendants and Counterclaim
Plaintiffs.

19 Civ. 7136 (LLS)

ORDER

After reviewing the items that AT&T's counsel has requested to be redacted, and it sufficiently appearing that, although the items are not entitled to a high level of secrecy, AT&T (a non-party) may justifiably have concerns about the consequences of their public exposure and they are of very little (if any) public interest, they may be redacted for present purposes.

If they are offered in evidence at trial, it is doubtful that such protection would be continued.

So Ordered.

Dated:    New York, New York
          August 4, 2021

                              _Louis L. Stanton_
                              LOUIS L. STANTON
                              U.S.D.J.

-1-