ORIGINAL

```
USDC SDNY
DOCUMENT
         :RONICALLY FILED
DOC #:
DATE FILED: 8/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES,
INC., DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, CBS BROADCASTING INC.,
CBS STUDIOS INC., FOX TELEVISION          19 Civ. 7136 (LLS)
STATIONS, LLC, FOX BROADCASTING
COMPANY, LLC, NBCUNIVERSAL MEDIA,              ORDER
LLC, UNIVERSAL TELEVISION LLC, AND
OPEN 4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs and Counterclaim
Defendants,

- against -

DAVID R. GOODFRIEND and SPORTS FANS
COALITION NY, INC.,

Defendants and Counterclaim
Plaintiffs.

It sufficiently appearing that the matters raised in Defendants' request for a pre-motions conference (Dkt. No. 289) can be satisfactorily resolved by the submissions already before the Court or in the course of normal pre-trial preparation and need not be addressed separately now, Defendants' request for the pre-motions conference is denied.

So Ordered.

Dated:   New York, New York
         August 10, 2021

                                   *Louis L. Stanton*
                                   LOUIS L. STANTON
                                   U.S.D.J.