ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC,

*Plaintiffs and Counterclaim-Defendants*,

v.

DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,

*Defendants and Counterclaim-Plaintiffs*.

Case No.: 19-cv-7136-LLS



### [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Katherine C. Cooper for admission *pro hac vice* in the above-captioned case is granted.

Applicant has declared that she is a member in good standing of the bars of the State of North Carolina and the District of Columbia; her contact information is as follows:

Katherine C. Cooper
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: kcooper@kellogghansen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for non-parties AT&T, Inc. and DIRECTV, LLC in the above-captioned case;

**IT IS HEREBY ORDERED** that Katherine C. Cooper is admitted *pro hac vice* as counsel for non-parties AT&T, Inc. and DIRECTV, LLC, in the above-entitled litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Dated: August 24, 2021

Louis L. Stanton
Honorable Louis L. Stanton
United States District Judge