# EXHIBIT 2

Case 1:19-cv-07136-LLS   Document 325-2   Filed 09/01/21   Page 2 of 4

12/1/2020    American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.    John S. Orlando

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
AMERICAN BROADCASTING COMPANIES, )
INC., DISNEY ENTERPRISES, INC.,  ) No. 19-cv-7136
TWENTIETH CENTURY FOX FILM       )
CORPORATION, CBS BROADCASTING INC.,)
CBS STUDIOS INC., FOX TELEVISION )
STATIONS, LLC, FOX BROADCASTING  )
COMPANY, LLC, NBCUNIVERSAL MEDIA, )
LLC, UNIVERSAL TELEVISION LLC, and )
OPEN 4 BUSINESS PRODUCTIONS, LLC,  )
                                 )
            Plaintiffs,          )
    vs.                          )
                                 )
DAVID R. GOODFRIEND and SPORTS   )
FANS COALITION NY, INC.,         )
                                 )
            Defendants.          )
----------------------------------x

REMOTE VIDEOTAPED DEPOSITION OF JOHN S. ORLANDO
TUESDAY, DECEMBER 1, 2020
12:40 P.M. EASTERN STANDARD TIME

Pages: 1 - 272
Reported by: Leslie A. Todd, CSR No. 5129 and RPR

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

## Page 2

APPEARANCES

ON BEHALF OF PLAINTIFFS:
  GERSON A. ZWEIFACH, ESQUIRE
  THOMAS G. HENTOFF, ESQUIRE
  TIAN HUANG, ESQUIRE
  WILLIAMS & CONNOLLY LLP
  725 Twelfth Street, N.W.
  Washington, D.C. 20005
  (202) 434-5000

ON BEHALF OF DEFENDANTS:
  CAROLINE SIMONS, ESQUIRE
  DAVID HOSP, ESQUIRE
  SHANE ANDERSON, ESQUIRE
  ORRICK, HERRINGTON & SUTCLIFFE LLP
  222 Berkeley Street
  Suite 2000
  Boston, Massachusetts 02116
  (617) 880-1885

ALSO PRESENT:
  DANIEL HOLMSTOCK, Videographer

## Page 3

CONTENTS
EXAMINATION OF JOHN S. ORLANDO             PAGE
  By Ms. Simons                              7

EXHIBITS
(Attached to transcript)
ORLANDO DEPOSITION EXHIBITS                PAGE
No. 1  Highly Confidential Settlement
       Communication - Subject to Rule 408
       Agreement                             11
No. 2  Application for Digital Television
       Station Construction Permit, Bates
       Nos. CBS0003429 to 0003442            93
No. 3  Article entitled "Next Generation
       TV is on the Horizon," National
       Association of Broadcasters          123
No. 4  E-mail string re American Tower
       Completes Construction of Dallas
       ATSC 3.0 SFN, Bates Nos.
       CBS0002402 to 0002404                126
No. 5  E-mail string re Stations Mum on
       Locast's OTT Bite in Big Apple,
       Bates Nos. CBS0003364 to 0003365     133
No. 6  E-mail string re Locast on Roku,
       Bates Nos. CBS0003352 to 0003353     136
No. 7  E-mail string re Note from JPM
       Morgan on Locast, Bates No.
       CBS0003338                           138

## Page 4

EXHIBITS CONTINUED
(Attached to transcript)
ORLANDO DEPOSITION EXHIBITS                PAGE
No. 8  J.P.Morgan Media article, "Can
       Locast Become a Disruptor to
       Broadcast Television," Bates Nos.
       CBS0003341 to 00003348               139
No. 9  E-mail string re Free TV App Locast
       Needs Cash to Survive, Bates Nos.
       CBS0002426 to 0002427                143
No. 10 E-mail string re Locast, a Free App
       Streaming Network TV, Would Love to
       Get Sued - The New York Times, Bates
       No. CBS0003350                       146
No. 11 Edmund Lee tweet re Locast, Bates
       No. CBS0003351                       146
No. 12 E-mail string re Tomorrow, Bates
       No. CBS0002011                       151
No. 13 E-mail string re CBS Affiliates
       Washington draft, Bates Nos.
       CBS0002704 to 0002705                157
No. 14 2017 CBS Affiliates, Washington Cued
       Script v4, Bates Nos. CBS0002706 to
       0002716                              158
No. 15 E-mail string re Fwd: AT&T/DirecTV,
       Bates Nos. CBS0003303 to 0003304     181
No. 16 E-mail string re Fwd: AT&T Just
       Donated $500,000 to Locast, Bates
       Nos. CBS0 003329 to 0003330          186
No. 17 E-mail re AT&T Adds Locast App to
       DirecTV, U-Verse Platforms, Bates
       No. CBS0002354                       191
No. 18 E-mail string re AT&T's Revised CBS
       Proposal/subject to internal review/
       Confidential, Bates Nos. CBS0003616
       to 0003618                           194

Case 1:19-cv-07136-LLS   Document 325-2   Filed 09/01/21   Page 3 of 4

12/1/2020    American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.    John S. Orlando

Page 117

1      A   I believe that every CBS station does
2   whatever is within the prescribed rules of the FCC
3   and does everything within their, quote, power to
4   reach every household in their market.
5      Q   Do CBS stations get complaints about
6   poor signals or lack of signal from their viewers?
7      A   If a -- if a viewer gets a poor picture
8   quality through cable, through satellite, through
9   something else, the first -- the first place they
10  would call would be the local station.
11         I do know that there's actually been
12  complaints from -- I recall there was a complaint
13  from CBS station Denver who was attempting to view
14  the CBS signal on Locast, and the first person
15  they called when it was getting a lousy signal was
16  the local station manager.
17         So if -- if Comcast goes out when
18  somebody is kicking the winning field goal,
19  they're not going -- they're going to call the
20  local station.  That's generally their first place
21  they call --
22         THE REPORTER:  I'm sorry.  What did you

Page 118

1   say after, "That's generally their first place
2   they call"?
3         THE WITNESS:  Is their local station.
4         THE REPORTER:  Thank you.
5         THE WITNESS:  Mm-hmm.
6   BY MS. SIMONS:
7      Q   Do CBS stations also get complaints
8   about poor over-the-air signals that they're
9   receiving through their antenna?
10     A   I'm aware of -- you know, periodically I
11  heard of some.  Most of those come back to what I
12  was referring to earlier at the various -- excuse
13  me -- at the various FCC repacks, the stations
14  would get some calls because they -- the viewer
15  had to rescan their television set and didn't
16  quite know how to do it.
17     Q   Do CBS stations get complaints about
18  poor over-the-air signals that they are receiving
19  through their antenna that is not attributable to
20  user error or outdated scanning from their set?
21     A   You know, when -- let me try to answer
22  it this way.  Again, reflecting on when I was

Page 119

1   there, when -- if complaints came in, and I don't
2   think they were -- I think they were fairly rare,
3   they were usually -- I hesitate to call it viewer
4   error, but they were generally something that
5   could be resolved by working with the viewer as to
6   what to do with their TV set.
7      Q   I understand.
8         My question was, do CBS stations get
9   complaints that are not attributable to something
10  that can be resolved with working with the viewer
11  to fix their TV set?
12     A   I -- I -- I couldn't give you any
13  specific ones that I'm aware of.
14     Q   So you're able to give me specifics of
15  every other scenario, but not of the particular
16  scenario that I'm asking about, which is over-the-
17  air signals over the antenna that have nothing to
18  do with user error.
19         MR. ZWEIFACH:  Objection.
20  Argumentative.
21         THE WITNESS:  My -- my --
22         MR. ZWEIFACH:  Is that a comment on his

Page 120

1   testimony or is that a new question?
2         MS. SIMONS:  It's a question.
3         MR. ZWEIFACH:  Okay.
4         THE WITNESS:  So my -- my exposure to
5   what I heard from station managers were primarily
6   during the various repacks when I would be in
7   regular touch with them as to what was going on
8   with the -- with the repack and how -- how they
9   were doing with the viewers in those markets.
10  BY MS. SIMONS:
11     Q   Mr. Orlando, what is ATSC 3.0?
12     A   Don't ask me -- don't ask me to tell you
13  what ATS -- ATSC stands for.
14         3.0 is -- as I understand it, is a
15  experimental new standard as to which -- they have
16  IP-based internet protocol, based -- of which some
17  broadcasters are, under FCC authorization, are
18  experimenting with.
19         I guess the best way to describe it
20  perhaps is when, you know, there's a new broadcast
21  standard from analog to digital, this is another
22  one that some of the broadcasting industry is

Case 1:19-cv-07136-LLS   Document 325-2   Filed 09/01/21   Page 4 of 4

12/1/2020    American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.    John S. Orlando

Page 269

1  CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2     The undersigned Certified Shorthand Reporter does hereby certify:
3     That the foregoing proceeding was taken before me remotely via Zoom videoconferencing at the time
4  therein set forth, at which time the witness was duly sworn; That the testimony of the witness and
5  all objections made at the time of the examination were recorded stenographically by me and were
6  thereafter transcribed, said transcript being a true and correct copy of my shorthand notes
7  thereof; That the dismantling of the original transcript will void the reporter's certificate.
8     In witness thereof, I have subscribed my name
9  this date:  December 4, 2020.
10
11
12
13
14
15
16
17     _____
18     LESLIE A. TODD, CSR, RPR
19     Certificate No. 5129
20
21
22

Page 270

1  John S. Orlando, c/o
   WILLIAMS & CONNOLLY LLP
2  725 Twelfth Street, N.W.
   Washington, D.C.  20005
3
4  Case: American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.
   Date of deposition: December 1, 2020
5  Deponent: John S. Orlando
6
7  Please be advised that the transcript in the above
8  referenced matter is now complete and ready for signature.
9  The deponent may come to this office to sign the transcript,
10 a copy may be purchased for the witness to review and sign,
11 or the deponent and/or counsel may waive the option of
12 signing. Please advise us of the option selected.
13 Please forward the errata sheet and the original signed
14 signature page to counsel noticing the deposition, noting the
15 applicable time period allowed for such by the governing
16 Rules of Procedure. If you have any questions, please do
17 not hesitate to call our office at (202)-232-0646.
18
19
20    Sincerely,
      Digital Evidence Group
21    Copyright 2020 Digital Evidence Group
      Copying is forbidden, including electronically, absent
22    express written consent.

Page 271

1  Digital Evidence Group, L.L.C.
   1730 M Street, NW, Suite 812
2  Washington, D.C. 20036
   (202) 232-0646
3
4  SIGNATURE PAGE
   Case: American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.
5  Witness Name: John S. Orlando
   Deposition Date: December 1, 2020
6
7  I do hereby acknowledge that I have read
   and examined the foregoing pages
8  of the transcript of my deposition and that:
9
10 (Check appropriate box):
   ( ) The same is a true, correct and
11 complete transcription of the answers given by
   me to the questions therein recorded.
12 ( ) Except for the changes noted in the
   attached Errata Sheet, the same is a true,
13 correct and complete transcription of the
   answers given by me to the questions therein
14 recorded.
15
16  _____    _____
17   DATE              WITNESS SIGNATURE
18
19
20
21  _____    _____
22   DATE              NOTARY

Page 272

1  Digital Evidence Group, LLC
2  1730 M Street, NW, Suite 812
3  Washington, D.C.  20036
4  (202)232-0646
5
6      ERRATA SHEET
7
8  Case: American Broadcasting Companies, Inc., et al. v. Goodfriend, et al.
9  Witness Name: John S. Orlando
10 Deposition Date: December 1, 2020
11 Page No.    Line No.     Change
12
13
14
15
16
17
18
19
20
21    _____    _____
22    Signature               Date