UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.*<br><br>                Plaintiffs,<br><br>      v.<br><br>DAVID R. GOODFRIEND, *et al.*,<br><br>                Defendants. | Case No. 19-cv-7136-LLS |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Elizabeth E. Brenckman, dated September 3, 2021, Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc. hereby move this Court before the Honorable Louis L. Stanton, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting the withdrawal of Elizabeth E. Brenckman as counsel for David R. Goodfriend and Sports Fans Coalition NY, Inc. in the above-captioned action.

Dated: New York, New York
       September 3, 2021

Respectfully submitted,

   /s/ Elizabeth E. Brenckman

Elizabeth E. Brenckman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-3535
ebrenckman@orrick.com

*Attorneys for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.*