UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DAVID R. GOODFRIEND, *et al.*, <br><br> Defendants. | Case No.  19-cv-7136-LLS |

**DECLARATION OF ELIZABETH E. BRENCKMAN**
**IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

I, Elizabeth E. Brenckman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Orrick, Herrington, and Sutcliffe LLP ("Orrick"). I submit this declaration in support of my motion to withdraw as counsel of record for Defendants David R. Goodfriend and Sports Fans Coalition NY, Inc.

2. The reason for my withdrawal is that I am ending my employment with Orrick, which continues to represent Defendants in this action. David R. Goodfriend and Sports Fans Coalition NY, Inc. will continue to be represented in this action by David Hosp, Caroline Simmons, Mark Puzella, Sheryl Garko, Erin Leach, Laura Najemy, Lindsay Rindskopf and Shane Anderson of Orrick.

3. I am not asserting a retaining or charging lien in connection with this action.

4. Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation of Defendants by Orrick.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 3, 2021

<u>*/s/ Elizabeth E. Brenckman*</u>
Elizabeth E. Brenckman