ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, AND OPEN 4 BUSINESS PRODUCTIONS, LLC,

Plaintiffs and Counterclaim Defendants,

- against -

DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC.,

Defendants and Counterclaim Plaintiffs.

19 Civ. 7136 (LLS)

PERMANENT INJUNCTION ORDER

1. The parties having agreed in their December 17, 2019 Agreement, Article C, paragraph 6 that,

> If the Court determines that Mr. Goodfriend and SFCNY do not qualify for the Exemption, the Parties agree that the Court should immediately enter a Permanent Injunction barring Mr. Goodfriend and SFCNY, along with their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with Mr. Goodfriend, SFCNY, or their officers, agents, servants, employees, or attorneys (if they receive actual notice pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure) from operating Locast. Nothing in this Agreement is intended to bar Mr. Goodfriend and SFCNY from applying for a stay of the Permanent Injunction pending appeal, nor to bar the Broadcasters from opposing any such stay.

2. By its August 31, 2021 Opinion and Order, this Court having determined that Locast's use of portions of its payments to fund its expansion disqualified it for the Exemption in Section 111(a)(5) of the Copyright Law, 17 U.S.C. § 501 et.

seq., and

3. Plaintiffs having on September 1, 2021 moved for entry of a Permanent Injunction against defendants' operating Locast, and Good cause appearing, and there being no objection, and it appearing that entry of an injunction will provide opportunity for appeal contemplated by the Agreement, it is

ORDERED that, Defendants, along with their officers, agents, servants, employees, attorneys and other persons who are in active concert or participation with Defendants or their officers, agents, servants, employees, or attorneys (if they receive actual notice pursuant to Rule 65(d)(2) of the Federal Rules of Civil procedure) are permanently restrained and enjoined from operating Locast.

So Ordered.

Dated:   New York, New York
         September 15, 2021

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.