

September 17, 2021

**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740

+1 617 880 1800
**orrick.com**

*Via ECF*

**R. David Hosp**

**E** dhosp@orrick.com
**D** +1 617 880 1886
**F** +1 617 880 1801

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

**Re:**    *American Broadcasting Companies, Inc. v. Goodfriend*, **No. 19-cv-7136-LLS**

Dear Judge Stanton:

We write in response to Plaintiffs' letter of September 15, 2021, requesting a status conference to set a trial on statutory damages.  Defendants believe that this would be premature.  The Court entered an injunction on September 15, and Defendants have thirty days to determine whether to take an immediate appeal as contemplated by the parties' case limiting agreement.  In addition, the parties' case limiting agreement contemplates that the parties will negotiate regarding statutory damages before any damages trial.  Defendants are currently analyzing their legal options and intend to engage with Plaintiffs in that negotiation, and regarding a potential overall resolution of this matter.  If no agreement is reached and no notice of appeal is filed by October 15, 2021, the parties can contact the Court at that time to set a case status conference to address when and how a statutory damages trial should proceed. We believe that is the most appropriate course.

Very truly yours,

*/s/ R. David Hosp*

R. David Hosp