UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, AND OPEN 4 BUSINESS PRODUCTIONS, LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> DAVID R. GOODFRIEND and SPORTS FANS COALITION NY, INC., <br><br> Defendants. | 19 Civ. 7136 (LLS) <br><br> SATISFACTION OF JUDGMENT |

WHEREAS, a Consent Judgment and Permanent Injunction was entered on the 28th day of October, 2021 in this action, in favor of Plaintiffs AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., TWENTIETH CENTURY FOX FILM CORPORATION, CBS BROADCASTING INC., CBS STUDIOS INC., FOX TELEVISION STATIONS, LLC, FOX BROADCASTING COMPANY, LLC, NBCUNIVERSAL MEDIA, LLC, UNIVERSAL TELEVISION LLC, and OPEN 4 BUSINESS PRODUCTIONS, LLC, providing for statutory damages under the Copyright Act in the amount of $32,000,000.00 against Defendant SPORTS FANS COALITION NY, INC., as well as a Permanent Injunction against the Defendants and against additional enjoined persons who agreed to be bound by the Permanent Injunction, which judgment was duly docketed at ECF # 339, 340; and

WHEREAS, the Court's Permanent Injunction remains in full force and effect, and shall remain so after the filing of this Satisfaction of Judgment; and

WHEREAS, the Parties to this action agreed that upon: (i) an orderly wind-down of SPORTS FANS COALITION NEW YORK, INC., (ii) the transfer of all of its physical assets as well as certain of its intellectual property and other soft assets to Plaintiffs, (iii) the payment of its non-party creditors, and (iv) the delivery of all of its remaining cash to Plaintiffs, the statutory damages award against SPORTS FANS COALITION NY, INC. would be deemed satisfied; and,

WHEREAS, pursuant to the aforesaid conditions, said judgment awarding statutory damages has now been wholly satisfied.

THEREFORE, satisfaction of said judgment for statutory damages is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment for statutory damages against defendant SPORTS FANS COALITION NY, INC., and in all other respects the Court's Consent Judgment and Permanent Injunction remains in full force and effect.

Dated: February 11, 2022

/s/ *Gerson A. Zweifach*
Gerson A. Zweifach
Thomas G. Hentoff (*pro hac vice*)
Joseph M. Terry (*pro hac vice*)
Tian Huang (*pro hac vice*)
Jean Ralph Fleurmont (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019

Tel: (202) 434-5000

2

Fax: (202) 434-5029
gzweifach@wc.com
thentoff@wc.com
jterry@wc.com
thuang@wc.com
jfleurmont@wc.com

*Attorneys for All Plaintiffs*